UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dreamland Amusements, Inc., Toy Circus, Inc., Crossroads Trucking Corp., Robert DeStefano and Kathryn DeStefano     Plaintiff, <br><br> -v- <br><br> The Honorable Andrew M. Cuomo, Attorney General of the State of New York, Office of the Attorney General     Defendant. | Case No. 08 CIV 6321 (JGK) <br><br> **Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_Crossroads Trucking Corp._ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 7-15-08

Signature of Attorney

Attorney Bar Code: EF-2805

Form Rule7_1.pdf   SDNY Web 10/2007