AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

DREAMLAND AMUSEMENTS, INC., TOY CIRCUS, INC., CROSSROADS TRUCKING CORP., ROBERT DeSTEFANO and KATHRYN DeSTEFANO

v.

THE HONORABLE ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK, OFFICE OF THE ATTORNEY GENERAL

**APPEARANCE**

Case Number: 08 CIV 6321

JUDGE KOELTL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFFS: DREAMLAND AMUSEMENTS, INC.
TOY CIRCUS, INC.
CROSSROADS TRUCKING, INC.
ROBERT DeSTEFANO
KATHRYN DeSTEFANO

I certify that I am admitted to practice in this court.

7/14/2008
Date

(EF-2805)
Edward Finkelstein, Esquire
Tarter Krinsky & Drogin
1350 Broadway
New York, NY 10018
212-216-8000
Fax 212-216-8001

Signature

DAVID B. PICKER              [DP-9658]
Print Name                   Bar Number

1635 MARKET STREET, 7TH FLOOR
Address

PHILADELPHIA       PA        19103
City               State     Zip Code

(215) 241-8888       (215) 241-8844
Phone Number         Fax Number