UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Dreamland Amusements, Inc., Toy Circus, Inc., Crossroads Trucking Corp., Robert DeStefano and Kathryn DeStefano

Plaintiff,

-v-

The Honorable Andrew M. Cuomo, Attorney General of the State of New York, Office of the Attorney General

Defendant.

Case No. 08 CIV 6321 (JGK)

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Crossroads Trucking Corp. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 7-15-08

Signature of Attorney

Attorney Bar Code: EF-2805

Form Rule7_1.pdf  SDNY Web 10/2007