UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          CASE NO: 03CR987

      Plaintiff,

-vs-

JORGE MARIO PAREDES-CORDOVA,

      Defendant.
_____/

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Thomas Francis Liotti, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Frank A. Rubino, Esquire
    Frank A. Rubino, Esquire, P.A.
    1001 Brickell Bay Drive
    Suite 2206
    Miami, FL 33131
    Telephone No: (305) 858-5300
    Fax No: (305) 350-2001

Frank A. Rubino is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against Frank A. Rubino in any State or Federal courts.

Dated: July 15, 2008
Garden City, New York

                                            Respectfully submitted,

                                            Thomas Francis Liotti, Esquire
                                            600 Old Country Road
                                            Suite 530
                                            Garden City, NY 11530
                                            Tel. No: 516-794-4700
                                            Fax No: 516-794-2816

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed Anirudh Bansal, Assistant United States Attorney, One St. Andrew's Plaza, New York, NY 10007, Frank A. Rubino, Esquire, 1001 Brickell Bay Drive, Suite 2206, Miami, FL 33131 and Ramon Pagan, Esquire, 2116 Williamsbridge Road, Bronx, NY 10461 this 15th day of July, 2008.

                                            THOMAS FRANCIS LIOTTI, ESQ.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   CASE NO: 03CR987

    Plaintiff,

-vs-

JORGE MARIO PAREDES-CORDOVA,

    Defendant.
_____/

<u>AFFIDAVIT OF
THOMAS F. LIOTTI, ESQUIRE
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE</u>

Thomas F. Liotti, Esquire, being duly sworn, hereby deposes and says as follows:

1. I am Thomas F. Liotti, Esquire, counsel for defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Frank A. Rubino, Esquire as counsel pro hac vice to also represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Frank A. Rubino, Esquire for 20 years.

4. I have found Mr. Rubino to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Frank A. Rubino, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Frank A. Rubino, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Frank A. Rubino, pro hac vice, to represent the Defendant in the above captioned matter be granted.

Dated: July 15th, 2008
Garden City, New York

Respectfully submitted,

_____
THOMAS F. LIOTTI
SDNY Bar No: 4471

SWORN TO AND SUBSCRIBED before me this 15th day of July, 2008 by Thomas F. Liotti, Esquire who is personally known to me.

_____
Notary Public, State of New York

My Commission Expires:

MARIA ALBANO
Notary Public, State of New York
No. 01-4672202
Qualified in Nassau County
Commission Expires March 30, 1988 Dec. 31, 2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed Anirudh Bansal, Assistant United States Attorney, One St. Andrew's Plaza, New York, NY 10007, Frank A. Rubino, Esquire, 1001 Brickell Bay Drive, Suite 2206, Miami, FL 33131 and Ramon Pagan, Esquire, 2116 Williamsbridge Road, Bronx, NY 10461 this 15th day of July, 2008.

_____
THOMAS F. LIOTTI, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,  CASE NO: 03CR987

    Plaintiff,

-vs-

JORGE MARIO PAREDES-CORDOVA,

    Defendant.
_____/

## ORDER FOR ADMISSION
## PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Thomas Francis Liotti, attorney for Jorge Mario Paredes-Cordova in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July _____, 2008
New York, NY

                            _____
                            DEBORAH A. BATTS,
                            U.S. District Court Judge

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 209171**

**I, STEVEN M. LARIMORE,**   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Frank A. Rubino*   was duly admitted to practice in

said Court on **07/29/1977**, and is in good standing as a member of the bar of this Court.

Dated at:  **Miami, Florida**, this July 2, 2008.

STEVEN M. LARIMORE
Court Administrator •Clerk of Court

By _____
Deputy Clerk