USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREAMLAND AMUSEMENTS, INC.,
TOY CIRCUS, INC., CROSSROADS
TRUCKING CORP., ROBERT DESTEFANO,
and KATHRYN DESTEFANO,

    Plaintiffs,

  v.

THE HONORABLE ANDREW M. CUOMO,
ATTORNEY GENERAL OF THE STATE OF
NEW YORK, OFFICE OF THE ATTORNEY
GENERAL,

    Defendant.

Case No. 08-CIV-6321(JGK)

**ORDER FOR ADMISSION
PRO HAC VICE**

Upon the Motion of David B. Picker, attorney for Plaintiffs, Dreamland Amusements, Inc., Toy Circus, Inc., Crossroads Trucking Corp., Robert DeStefano, and Kathryn DeStefano ("Plaintiffs"), the supporting Declaration of David B. Picker, and the Declaration of Bruce L. Thall and the Exhibits attached thereto;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Bruce L. Thall |
| Firm Name: | Spector Gadon & Rosen, P.C. |
| Address: | 1635 Market Street, 7th Floor, Philadelphia, PA 19103 |
| Phone No.: | 215-241-8802 |
| Fax No.: | 215-241-8844 |
| Email: | bthall@lawsgr.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in this Court. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Date: July 19, 2008
New York, New York

_____, U.S.D.J.

#510836_v1