Bruce L. Thall, Esquire
Heather M. Eichenbaum, Esquire
David B. Picker, Esquire [DP-9658]
**SPECTOR GADON & ROSEN, P.C.**
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 / FAX - (215) 241-8844
*Local Counsel for Plaintiffs*

Edward Finkelstein, Esquire [EF-2805]
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, New York 10018
Tel: 212-216-8000 / FAX - 212-216-8001
*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DREAMLAND AMUSEMENTS, INC., TOY
CIRCUS, INC., CROSSROADS TRUCKING
CORP., ROBERT DESTEFANO, and
KATHRYN DESTEFANO,

                Plaintiffs,

    -against-

THE HONORABLE ANDREW M. CUOMO,
ATTORNEY GENERAL, OFFICE OF THE
ATTORNEY GENERAL, STATE OF NEW
YORK,

                Defendants.
-----------------------------------------------------------x

08 CV 6321 (JGK)

**CERTIFICATE OF SERVICE**

I, Edward R. Finkelstein, hereby certify that:

On August 1, 2008, I caused to be served the within **Memorandum of Law in Support of Plaintiffs' Motion for Preliminary and/or Permanent Injunction** by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorneys for the parties herein, at the addresses designated for

such purpose, as follows:

>Andrew J. Elmore, Esq.
>State of New York Office
> Of the Attorney General
>120 Broadway, 3rd Floor
>New York, New York 10271
>*Attorneys for Defendants*

Dated: New York, New York
     August 1, 2008

_____
Edward R. Finkelstein

{Client\002644\L939\00146493.DOC;1}