AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: O8 Civ. 6321 (JGK) ECF *Case*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant The Honorable Andrew M. Cuomo, Attorney General of the State of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/6/2008 | *Julian R. Birnbaum* |
| Date | Signature |

| | |
|---|---|
| Julian R. Birnbaum | JB 6721 |
| Print Name | Bar Number |

Office of the New York State Attorney General, Civil Rights *Bureau*
Address
*120 Broadway*

| New York | New York | 10271 |
|---|---|---|
| City | State | Zip Code |

| (212) 416-6269 | (212) 416-8074 |
|---|---|
| Phone Number | Fax Number |