✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                NEW YORK

## APPEARANCE

Case Number:  08 Civ. 6321(JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant The Honorable Andrew M. Cuomo, Attorney General of the State of New York

I certify that I am admitted to practice in this court.

| 8/11/2008 | |
|---|---|
| Date | Signature |
| | Andrew J. Elmore                         AE 9042 |
| | Print Name                              Bar Number |
| | New York State Office of Attorney General, 120 Broadway |
| | Address |

| New York | New York | 10271 |
|---|---|---|
| City | State | Zip Code |
| (212) 416-6280 | (212) 416-8074 | |
| Phone Number | Fax Number | |