```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DREAMLAND AMUSEMENTS, INC.,
TOY CIRCUS, INC., CROSSROADS
TRUCKING CORP., ROBERT DESTEFANO,
and KATHRYN DESTEFANO,

        Plaintiffs,

v.

THE HONORABLE ANDREW M. CUOMO,
ATTORNEY GENERAL, OFFICE OF THE
ATTORNEY GENERAL,
STATE OF NEW YORK,

        Defendant.

C. A. No. 08-Civ-6321(JGK)

---

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, per their respective undersigned attorneys, that the time of Defendant to answer or move in respect to Plaintiff's complaint shall be and hereby is extended to August 6, 2008.

Dated:    New York, New York
August 5, 2008

_____
Andrew J. Elmore (AE9042)
Assistant Attorney General
Civil Rights Bureau
New York Office of Attorney General
120 Broadway, 3rd Floor
New York, New York 10271
Tel: (212) 416-6280
*Attorney for Defendant*

Dated:    Philadelphia, Pennsylvania
August 5, 2008

_____
Bruce L. Thall, Esquire
Heather M. Eichenbaum, Esquire
David B. Picker, Esquire [DP-9658]
SPECTOR GADON & ROSEN, PC
1635 Market Street, 7th Floor
Philadelphia, PA 19103
214-241-8888/FAX - 215-241-8844
*Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

Dated: 8/12/08