UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DREAMLAND AMUSEMENTS, INC.,
et al.
                               Plaintiffs

                                                            08 CIVIL 6321 (JGK)

        -against-
ATTORNEY GENERAL OF NEW
YORK, OFFICE OF THE ATTORNEY GEN.
                               Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Andrew J. Elmore__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __AE 9042__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* _____

☒ *Telephone Number:* (212) 416-6280

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: 8/15/08