AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

### APPEARANCE

Case Number: 08-Civ-6321 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, the Honorable Andrew M. Cuomo, Attorney General for the State of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | _(signature)_ |
| Date | Signature |
| | Judith Marblestone     JM 3226 |
| | Print Name     Bar Number |
| | NYS Ofc. of the Attorney General, 120 Broadway, 26th Fl. |
| | Address |
| | New York, NY 10271 |
| | City     State     Zip Code |
| | (212) 416-8702     (212) 416-8694 |
| | Phone Number     Fax Number |