UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREAMLAND AMUSEMENTS, INC., TOY CIRCUS, INC., CROSSROADS TRUCKING CORP., ROBERT DESTEFANO, and KATHRYN DESTEFANO,<br><br>        Plaintiffs,<br><br>        -- against --<br><br>THE HONORABLE ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK, OFFICE OF THE ATTORNEY GENERAL,<br><br>        Defendant. | No. 08 Civ. 6321 (JGK)<br><br>ECF Case<br><br>AFFIDAVIT IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY AND/OR PERMANENT INJUNCTION |

STATE OF NEW YORK    )
                     )  :ss.
COUNTY OF NEW YORK   )

JUDITH MARBLESTONE, being duly sworn, deposes and says:

1.    I am an Assistant Attorney General in the Labor Bureau in the office of Andrew M. Cuomo, Attorney General of the State of New York ("Attorney General"), defendant in this proceeding, and am fully familiar with the facts and circumstances set forth.

2.    I submit this affidavit in support of the defendant's memorandum of law in opposition to the motion for preliminary and/or permanent injunction of plaintiffs Robert F. DeStefano, Jr., Kathryn L. DeStefano, Dreamland Amusements Inc., Toy Circus, Inc., and Crossroads Trucking Corp. ("plaintiffs").

3.    On July 29, 2008, pursuant to New York Civil Practice Law and Rules § 2308(b), the Attorney General filed in the New York State Supreme Court a motion to

compel plaintiffs' compliance with subpoenas <u>duces</u> <u>tecum</u> and <u>ad</u> <u>testificandum</u> issued pursuant to New York Executive Law § 63(12) in connection with an investigation into alleged fraudulent and/or illegal business practices of defendants, <u>Cuomo v. Dreamland Amusements Inc.</u>, Index No. 401816/08 (N.Y. Sup. Ct. N.Y. Cty.).

4.    On August 6, 2008, the Attorney General filed a motion to dismiss plaintiffs' complaint for declaratory judgment and injunctive relief.

5.    Also on August 6, 2008, Julian R. Birnbaum, Section Chief in the Attorney General's Civil Rights Bureau, submitted an affidavit in support of the Attorney General's motion to dismiss plaintiffs' complaint for declaratory judgment and injunctive relief ("Birnbaum Aff."), the A.G. Mem. of Law is attached to the Birnbaum Aff. as Ex. B.

6.    In support of the Attorney General's state court action, Assistant Attorney General Andrew J. Elmore submitted an affidavit setting forth the nature and basis of the investigation and the events leading up to plaintiffs' noncompliance ("Elmore Aff."). The Elmore Aff. was attached as Exhibit A to the Birnbaum Aff. and are referred to by reference in the Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary and/or Permanent Injunction.

7.    On July 30, 2008, Justice Joan B. Lobis entered an Order to Show Cause why an order should not be made to compel plaintiffs to comply with subpoenas <u>duces</u> <u>tecum</u> and <u>ad</u> <u>testificandum</u>, with a return date of August 12, 2008. Attached to the Birnbaum Aff. as Exhibit C is the entered Order to Show Cause.

8.    On August 11, 2008, the day before that return date, plaintiffs informed the Attorney General that they had removed the state motion to compel compliance with

2

subpoenas to federal court, 08 Civ. 7100, and effected the removal by filing the notice in state court.

9.    Today, the Attorney General filed an application, pursuant to Southern District of New York Local Civil Rule 6.1(d), for an Order to Show Cause why an order should not be made to remand this motion to compel compliance with investigatory subpoenas to state court, and in support of the Attorney General's motion to remand.


Judith Marblestone

Sworn to before me
this 15th day of August, 2008

Notary

INGRID ROUSSEAU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RO6146725
Qualified in Nassau County
My Commission Expires May 22, 2010

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREAMLAND AMUSEMENTS, INC., TOY
CIRCUS, INC., CROSSROADS TRUCKING CORP.,
ROBERT DESTEFANO, and KATHRYN          **AFFIDAVIT**
DESTEFANO,

                                                     **08 CIV 6321 (JGK)**

       Plaintiffs,

          -- against --

THE HONORABLE ANDREW M. CUOMO,
ATTORNEY GENERAL OF THE STATE OF NEW
YORK, OFFICE OF THE ATTORNEY GENERAL,

       Defendant.

State of New York   )
                 ) s.s.:
County of New York  )

      **GEORGE FORSYTHE**, being duly sworn, deposes and says:

      1.      I am a Supervising Labor Service Representative ("SLSR") at the New York State

Department of Labor ("NYS DOL") and have held that position since 1988. From around

November 2004 to around June 2008, I was an SLSR for the NYS DOL Alien Employment

Certification Office.

      2.      The NYS DOL is a state workforce agency ("SWA") under the H-2B visa

program, that receives, and has received since well before January 2003, Applications for Alien

Employment Certification, known as "ETA 750s," filed with the NYS DOL by employers

seeking labor certification to employ individuals on a seasonal basis to perform temporary,

nonagricultural work under the H-2B visa program. A copy of a blank ETA 750 is attached

hereto as Exhibit 1. Employers are required to first submit ETA 750 applications (two originals)

to a SWA before they are certified by the U.S. Department of Labor ("US DOL").

3.    During the period from before January 2003 through September 2007, the ETA 750 applications for H-2B workers were handled by the NYS DOL Alien Employment Certification Office which was located at 247 W. 54th Street, New York, New York 10019. This affidavit pertains to that time period, including ETA 750s for H-2B workers filed by Dreamland Amusements Inc. with the NYS DOL during that time period.

4.    I am familiar with the facts stated here from my work as an SLSR, especially my years with the NYS DOL Alien Employment Certification Office, as well as my consultation of the files related to Dreamland Amusements Inc. and consultation with other staff involved in the NYS DOL's role in the temporary labor certification part of the H-2B visa program.

5.    As part of my job, I know how to obtain data from the NYS DOL mainframe database that includes information from ETA 750s filed by employers or their agents[1] with the NYS DOL seeking temporary labor certification for H-2B workers, and I am familiar with the process by which information from the ETA 750s was recorded in the database. This database has been used in the regular course of business at the NYS DOL to record information from ETA 750s filed by employers since before January 2003 until around the end of September 2007 with the NYS DOL seeking temporary labor certification for H-2B workers.

6.    The NYS DOL's practice was to forward the original ETA 750s for H-2B workers and supporting documentation to the US DOL after the NYS DOL had reviewed the ETA 750s for completeness and, among other tasks, made a determination of the prevailing wage and

---

[1] Employers may authorize agents, including but not limited to attorneys, to file the ETA 750s on their behalf and represent them for the purposes of labor certification.

2

supervised the employer's efforts to recruit U.S. workers for the jobs for which the employer sought temporary labor certification to employ H-2B workers.

7.      Employers seeking temporary labor certification for H-2B workers were required to submit to the NYS DOL two original, double-sided ETA 750s that contained all of the information on the ETA 750s, including but not limited to the Rate of Pay (see Exhibit 1, box 12), and that were signed and dated by the employer. Upon receipt by the NYS DOL of ETA 750s from employers or their agents seeking temporary labor certification for H-2B workers, a clerk would in-stamp each of the 2 original ETA 750s with a date stamp in the bottom right corner of the application in the box with the letters "S.O." See Exhibit 1. Then the clerk would enter that same date (the receipt date of the ETA 750s), as well as other information from the ETA 750 applications, into the NYS DOL database. Next, the clerk would assemble all of the documents submitted by the employer or their agent, place them in a manila folder, and the case would go to an NYS DOL examiner to be reviewed for completeness, to make a prevailing wage determination, to review the employer's demonstration of temporary need for H-2B workers, to supervise the recruitment process (recruitment of U.S. workers), to enter a job order into the job database utilized by the NYS DOL, and to be processed.

8.      The NYS DOL's practice was that if an employer or their agent had listed a Rate of Pay (see Exhibit 1, box 12) that was less than the prevailing wage determined by the NYS DOL, the ETA 750 forms would have been sent back to the employer or agent with instructions as to what the prevailing wage was, and with instructions to change the ETA 750 Rate of Pay to a wage no less than the prevailing wage, to initial that change, and then return the forms to the NYS DOL. Similarly, if other items on the ETA 750s were not filled in, the forms would be

3

returned to the employer or agent with instructions to complete the form and return it to the NYS DOL. The NYS DOL would not forward ETA 750 applications to the US DOL unless they were complete.

9.     The NYS DOL's practice was to forward ETA 750s to the US DOL only if the employer agreed to pay at least the prevailing wage determined by the NYS DOL. The wage that the employer would be required to pay during the period of need (the time period when the H-2B workers would be employed in the U.S.) if the US DOL certified the ETA 750 was at least the prevailing wage determined by the NYS DOL. Employers were free to pay higher wages than the prevailing wage.

10.     Information in the NYS DOL database regarding Dreamland Amusements Inc. which I consulted to prepare this affidavit shows that:

a.     Dreamland Amusements Inc. filed six ETA 750 applications with the NYS DOL since 2003 seeking temporary labor certification for H-2B workers and all of these applications were processed by the NYS DOL Alien Employment Certification Office when it was located in New York City (see paragraph 2 above). Specifically:

i.     Dreamland Amusements Inc. filed an ETA 750 application on January 15, 2003 seeking certification to employ 16 carnival laborers;

ii.     Dreamland Amusements Inc. filed an ETA 750 application December 15, 2003 seeking certification to employ 30 carnival laborers;

iii.     Dreamland Amusements Inc. filed an ETA 750 application

4

September 13, 2004 seeking certification to employ 30 carnival laborers;

iv. Dreamland Amusements Inc. filed an ETA 750 application November 15, 2005 seeking certification to employ 40 carnival laborers;

v. Dreamland Amusements Inc. filed an ETA 750 application September 27, 2006 seeking certification to employ 45 ride operators; and,

vi. Dreamland Amusements Inc. filed an ETA 750 application September 26, 2007 seeking certification to employ 55 amusement attendants carnival.

b. the NYS DOL made a determination of the prevailing wage for each of these six ETA 750 applications;

c. Bob DeStefano was the employer contact for all of Dreamland Amusements Inc.'s ETA 750 applications except for its September 26, 2007 ETA 750 application for which Kathryn DeStefano was the employer contact;

d. Dreamland Amusements Inc. authorized an attorney/agent to represent it for purposes of labor certification for each of the six ETA 750 applications (see paragraph 10(a) above); and,

e. The NYS DOL transmitted each of Dreamland Amusements Inc.'s six ETA 750 applications (see paragraph 10(a) above) to the US DOL for certification.

11. In accordance with its practice described above, the NYS DOL forwarded original

ETA 750s and supporting documentation to the US DOL after the NYS DOL had reviewed the

ETA 750s for completeness and, among other tasks, determined what the prevailing wage was.

In addition, the NYS DOL maintains copies of selected documents related to ETA 750

applications for H-2B workers for two years. Such copies are referred to internally as a "skeleton

file."

   12.  While the NYS DOL, as stated above, does not generally maintain copies of all

the six ETA 750s or supporting documents that Dreamland Amusements Inc. and/or its agents

filed with the NYS DOL,[2] copies of documents related to Dreamland Amusements Inc.'s ETA

750 applications filed with the NYS DOL in 2005, 2006, and 2007, and that were maintained in

the Dreamland Amusements Inc. skeleton files, are attached hereto as Exhibit 2. These copies

include documents that Dreamland Amusements Inc. submitted to the NYS DOL or that were

generated in the regular course of the NYS DOL's review and processing of Dreamland

Amusements Inc.'s ETA 750 applications seeking temporary labor certification for H-2B

workers. These copies include:

   a.  Dreamland Amusements Inc.'s ETA 750s filed with the NYS DOL on

  September 26, 2007 and September 27, 2006 (and the US DOL letter certifying this ETA

  750 application);

   b.  various documents related to the NYS DOL's determination of the

  prevailing wage for Dreamland Amusements Inc.'s ETA 750 filed with the NYS DOL on

  September 26, 2007;

---

  [2] The NYS DOL is attempting to locate additional files related to Dreamland
Amusements Inc.'s ETA 750 applications, if any, that may be in archives.

6

    c.     various documents related to Dreamland Amusements Inc.'s efforts to recruit U.S. workers for the jobs for which Dreamland Amusements Inc. sought temporary labor certification for H-2B workers;

    d.     · two "Job Summary" printouts that include a description of the job offers that were used on or around October 2006 and on or around September 2007 to advertise Dreamland Amusements Inc.'s positions to U.S. workers;

    e.     "State Agency Transmittal of Application for Alien Employment Certification," forms dated December 13, 2005, October 27, 2006, and October 24, 2007 that were completed by NYS DOL staff and then forwarded to the US DOL along with Dreamland Amusements Inc.'s ETA 750 applications; and,

    f.     Case Detail Screen printouts with information recorded in the NYS DOL mainframe database from each of Dreamland Amusements Inc.'s six ETA 750s (see paragraph 10(a) above).

Dated: New York, New York
       August _5_, 2008

                                    _George Forsythe_
                                    GEORGE FORSYTHE

Sworn to before me this _5_ day
of August 2008

_____
Notary

**JUDITH MARBLESTONE**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 02MA6156908**
**Qualified in Kings County**
**My Commission Expires December 04, 2010**

                                 7

# EXHIBIT 1

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
### FOR
### ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

1. Name of Alien        (Family name in capital letter, First, Middle, Maiden)

2. Present Address of Alien        (Number, Street, City and Town, State ZIP code or Province, Country)

3. Type of Visa        (If in U.S.)

The following information is submitted as an offer of employment.

4. Name of Employer        (Full name of Organization)

5. Telephone

6. Address        (Number, Street, City and Town, State ZIP code)

7. Address Where Alien Will Work        (if different from item 6)

8. Nature of Employer's Business Activity

9. Name of Job Title

10. Total Hours Per Week
a. Basic | b. Overtime

11. Work Schedule (Hourly)
a.m.
p.m.

12. Rate of Pay
a. Basic  $ ____ per ____
b. Overtime  $ ____ per hour

13. Describe Fully the job to be Performed        (Duties)

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above.

| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
| | | | | Major Field of Study |
| TRAIN-ING | No. Yrs. | No. Mos. | | Type of Training |
| EXPERI-ENCE | Job Offered Yrs. | Mos. | Related Occupation Number Yrs. | Mos. | Related Occupation (specify) |

15. Other Special Requirements

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor

17. Number of Employees Alien Will Supervise

◄ ENDORSEMENTS        (Make no entry in section - for Government use only)

Date Forms Received

| L.O. | S.O. |
| R.O. | N.O. |
| Ind. Code | Occ. Code |
| Occ. Title | |

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

| 1B.  COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19.  IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| | | | | c. City and State |

| 20.  STATEMENT FOR LIVE-AT-WORK JOB OFFERS  (Complete for Private Household ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | ("X" one) |
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | Children | Ages | | ☐ YES   ☐ NO |
| | | | BOYS | | | |
| | | | GIRLS | | | |

**21.  DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.  (Specify Sources of Recruitment by Name)**

**22.  Applications require various types of documentation.  Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.**

**23.  EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the pre-vailing wage and I guarantee that, if a labor certi-fication is granted, the wage paid to the alien when the alien begins work will equal or exceed the pre-vailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discri-mination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupa-tional environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24.  DECLARATIONS**

| DECLARATION OF EMPLOYER | ➤ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | |
|---|---|---|
| SIGNATURE | | DATE |
| NAME  (Type or Print) | TITLE | |

| AUTHORIZATION OF AGENT OF EMPLOYER | ➤ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF EMPLOYER | | DATE |
| NAME OF AGENT  (Type or Print) | ADDRESS OF AGENT  (Number, Street, City, State, ZIP code) | |

# EXHIBIT 2

```
COMMAND:                    CASE NUMBER: 20050036260    FILING DATE: 11/15/2005
CASE STATUS: BACKLOG        JUR: E   ENTERTN     PRIORITY: T   TEMPORARY
FILE LOCATION: BACKLOG      UNIT:          FROM: 01/05/2006   TO: 11/01/2006


EMPLOYER: DREAMLAND AMUSEMENTS


   D/B/A:
ADD-1: 2 OLYMPIA LANE                     ADD-2:
CITY: STONY BROOK        STATE: NY    ZIP CODE: 11790        COUNTRY:
WORK ADD1: TRAVELING CARNIVAL ON US TOUR       ADD2:
CITY: STONY BROOK        STATE: NY    ZIP CODE: 11790


ALIEN SURNAME: 40 UNNAMED ALIENS          FIRST:
        MIDDLE:                           PREFIX:


ATTORNEY/AGENT: ATTNY   FOR: B                    PHONE: 407-321-1134
FIRM NAME: LAW OFFICE OF JOE A NICHOLS PA


LAST NAME: NICHOLS                   FIRST: JOE              MIDDLE: A
ADD-1: 1033 WEST FIRST STREET STE B       ADD-2:
CITY: SANFORD            STATE: FL    ZIP CODE: 32771        COUNTRY:


        PF3-MENU    PF7-BACKWARD    PF8-FORWARD    PF10-PRINT
```

11/22/05 *ade*

GM #30T

12/13/05 TJD

File copy

COMMAND:                    CASE NUMBER: 20050036260    FILING DATE: 11/15/2005

EMPLOYER NAME: DREAMLAND AMUSEMENTS

EMP CONTACT LAST NAME: destefano                FIRST: bob
PHONE: 516-901-2988                       NO. OF OPENINGS: 0040
EMPLOYER JOB TITLE: carnival laborers

ALIEN NAME: 40 UNNAMED ALIENS          FIRST:
  ADD-1:                                 ADD-2:
  CITY:                   STATE:      ZIP CODE:
  ALIEN BIRTH COUNTRY:                DATE OF BIRTH:

    OFFICE NO: 0000     L.O. DATE:                S.O. DATE: 11/15/2005

        PF3-MENU      PF7-BACKWARD      PF8-FORWARD      PF10-PRINT

NEW YORK STATE DEPARTMENT OF LABOR
ALIEN EMPLOYMENT CERTIFICATION

STATE AGENCY TRANSMITTAL OF APPLICATION
FOR ALIEN EMPLOYMENT CERTIFICATION  2005 00 36260

TO: REGIONAL CERTIFYING OFFICER  | EMPLOYER'S NAME  *Dreamland Amusements*

SUBMITTED BY (Local Office)
ALIEN EMPLOYMENT CERTIFICATION
P.O. BOX 703
NEW YORK, NEW YORK 10014-0703

ALIEN'S NAME (First, Middle Initial, Last)  *40 unnamed aliens*
DOT CODE *969.687-010*  DOT TITLE *Carnival Laborer*

**1. TYPE OF CASE** (Check Appropriate Box)
- a. ☐ Permanent
- b. ☒ Temporary
- c. ☐ Temporary Renewal
- d. ☐ Teacher, College or University
- e. ☐ Employer Reduction of Recruitment
- f. ☐ Schedule B
- g. ☐ Job Order
- h. ☐ Other (Specify)

**2. CHECKLIST** – Complete Application Includes (Check Appropriate Boxes)
- ☒ G-28 or Agent Authorization
- ☐ Documentation Supporting Unusual or Restrictive Job Requirements
- ☒ Job Order
- ☐ Copy of Posting
- ☐ Paid Domestic Service Experience
- ☐ Contract
- ☒ Copy of Advertisement
- ☐ Live-In Documentation
- ☐ Other (Specify)  1/1/05  MA

**3. WAGES**
| a. Local Union Wage | b. Employer's Wage Offer | c. Local Prevailing Wage | d. Method of Determining Prevailing Wage |
|---|---|---|---|
| $ | $ 310 wk | $ 305 wk | 39-3091.00  250002 Gr Burrnth OES/ONET Amuse Rec Att  level one |

**4. DESCRIBE STATE AGENCY REFERRAL ACTIVITY**
| a. No. Qualified Applicants In Active File | b. No. Active Job Bank Openings | c. Job Order No. | d. Recruitment |
|---|---|---|---|
| 0 | | NY0677059 | 11/23-12/2/05 |

| e. Name(s) of Applicants Referred | Source – AHO | Date(s) of Referral | RESULTS* |
|---|---|---|---|
| *no respondents* | | | |

*no availability*

\* The Employer's Statement of "Results" of Recruitment Required should not be used for this item. The Local Office is required to maintain its own records of recruitment conducted through the Local Office.

**5. STATE OFFICE COMMENTS:**

**6.** a. Is Job Unionized? ☐ Yes ☒ No  If "Yes" complete — | Local Name and Number | b. Union Representative's Name | d. Information Provided by Union: |
| | | c. Date (Month, Day, Year) | |

**7. SPECIFIC INFORMATION OBTAINED FROM OTHER RECRUITMENT**

STATE REPRESENTATIVE  *GARY Miller*  |  DATE (Month, Day, Year)  *12/13/05*

# ADVERTISING WORKSHEET

Advertising Number: _GM # 30T_   Case Number: _200500 36260_

Employer: _Dreamland Amusements_

Alien Name: _40 unnamed aliens_   Job Title: _Carnival Laborer_

Attorney/~~Agent~~: _Joe A. Nichols_

| | |
|---|---|
| Date 75 day letter sent | ___/___/2005 |
| Recruitment Period | _11_/_23_/2005 to _12_/_2_/2005 |
| Documentation Period | _11_/_23_/2005 to _12_/_6_/2005 |

Draft Ad Received on: _11_/_15_/2005   Draft Approved on: _11_/_22_/200~~5~~

Affidavit Requested: Yes _✓_ No _____   Posting Required: Yes _____ No _____

Publication Recommended: _____

| Number of Resumes Sent | Date Sent | Number of Resumes Sent | Date Sent |
|---|---|---|---|
| _0_ | ___/___/2005 | | ___/___/2005 |
| | ___/___/2005 | | ___/___/2005 |
| | ___/___/2005 | | ___/___/2005 |

Total Number of Responses to Ad: _____

Employer's Report received on ___/___/2005 Re: Number of Applicants _____

Employer's Report received on ___/___/2005 Re: Number of Applicants _____

## RECRUITMENT REPORT

Ad appeared (name of publication & dates) _Pittsburgh Post Gazette, 11/28, 29, & 30/05_

Received: Tearsheets on _12_/_12_/2005;   Affidavit on ___/___/2005

Posting on ___/___/2005;   Job Order # _NY 0677059_

Total Resumes Returned: _0_ Total applicants covered in report _0_ #Qualified Applicants _0_

Case Closed on _12/3/05_ By _Gary Miller_

- no respondants -
- no availability

# CASE #  20060002710

# TEMPORARY

## NEW YORK STATE DEPARTMENT OF LABOR
## ALIEN EMPLOYMENT CERTIFICATION OFFICE

| STATE AGENCY TRANSMITTAL OF APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION | |
|---|---|
| TO: REGIONAL CERTIFYING OFFICER | EMPLOYER'S NAME<br>**DREAMLAND AMUSEMENTS INC.** |
| SUBMITTED BY : (Local/State Office)<br><u>Alien Employment Certification</u><br><u>PO Box 703</u><br><u>NY, NY 10014-0703</u> | ALIEN'S NAME (First, Middle Initial, Last)<br>**45 UNNAMED ALIENS** |

| DOT CODE<br>342663010 | DOT TITLE<br>RIDE OPERATOR |
|---|---|

1. <u>TYPE OF CASE</u> (Check Appropriate Box [es])

  a. ☐ Permanent    b. ☒ Temporary    c. ☐ Temporary Removal    d. ☐ Teacher, College or University

  e. ☐ Employer Reduction of Recruitment    f. ☐ Schedule B    g. ☐ Job Order    h. ☐ Other (Specify)

2. <u>CHECKLIST</u> – Complete Application Includes (Check Appropriate Boxes)    ☒Job Order

☒ G-28 or Agent Authorization    ☐ Documentation Supporting Unusual or Restrictive Job Requirements    ☐ Contract

☐ Copy of Posting    ☐ Paid Domestic Service Experience    ☐ Other

☒ Copy of Advertisement    ☐ Live-In Documentation    ☐ _____

| 3. <u>Wages</u><br>a.  Local Union Wage<br>$    N/A | b. Employer's Wage Offer<br>**$ 8.61/HR** | c.Local Prevailing Wage<br>**$ 8.61/HR** | Method of Determining Prevailing Wage<br>OES 39-3091 AMUSEMENTS AND RECREATION ATTEND. LEVEL 1<br>75700 NEW HAVEN CT |
|---|---|---|---|

4. <u>DESCRIBE STATE AGENCY REFERRAL ACTIVITY</u>

| a.  No Qualified Applicants In Active File | b. No Active Job Bank Openings | c. Job Order Number<br><u>NY0742753</u> | d. Date(s) of Job Order |
|---|---|---|---|

| a)  Name(s) of Applicants Referred | Source –AHO | Dates of Referral | RESULTS* |
|---|---|---|---|
| **See Advertising Summary** | | | _0_  Qualified applicants<br>0 hired from posting<br>0 hired from ads |

*The Employer's Statement of "Results" of Recruitment Required should not be used for this item. The Local Office is required to maintain its own records of recruitment conducted through the Local Office.

5. STATE OFFICE COMMENTS:  NO RESPONSE TO ADS.
There is NO availability for this job offer.

| 6. Is Job Unionized?<br>☐ Yes  ☒ No<br>    If "Yes" complete → | Local Name and Number | b.  Union Representative's Name | d. Information Provided by Union: |
|---|---|---|---|
| | | c.  Date (Month, Day, Year) | |

7. SPECIFIC INFORMATION OBTAINED FROM OTHER RECRUITMENT

| STATE REPRESENTATIVE:<br>*GLORIA HOOD* | d.  DATE (Month, Day, Year)<br>**October 27, 2006** |
|---|---|

ETA 7147 (10/15)



*Malcolm M R Seheult*

B.A, B.Ed, M.A, LL.B, Ph.D, J.D, FRSA
*Attorney at Law ( NewYork)*
*15210 Waterline Road*
*Bradenton, Florida*
*34212*
*phone 941-504-2324*
*fax    941-744-1434*
*seheultlaw@nysbar.com*

October 19,2006

Department of Labor
Alien Certification
247 West 54th Street
2nd Floor
New York, N.Y.
10019

Dear Gloria Hood:

RE:ETA-750 Application for Dreamland
Amusements Inc.

I am enclosing herewith the three tear sheets for Dreamland
Amusements Inc. from The Palm Beach Post. There has been no
response to advertising and recruitment efforts.

Thank you for your assistance in this matter.

Sincerely,

Malcolm Seheult, Esq.

# DREAMLAND AMUSEMENTS INC.

## PREVAILING WAGES

### 2007

| | |
|---|---|
| West Palm Beach, Florida | $8.37 |
| Florida State Fair | $8.37 |
| Ocala, Florida | $7.66 |
| St. Mary's Georgia | $7.54 |
| Chesapeake, Virginia | $8.03 |
| Owings Mill Mall, Maryland | $8.03 |
| Nanuet Mall, New York | $7.58 |
| Lake Grove, New York | $8.11 |
| Newburg, New York | $7.58 |
| West Chester, PA | $7.44 |
| Levittown, New York | $8.11 |
| Herricks, New York | $8.11 |
| Stamford, CT | $11.12 |
| Westport, CT | $10.34 |
| Yorktown Heights, New York | $7.58 |
| Leonia, NJ | $7.44 |
| Ocean County, NJ | $7.44 |

| | |
|---|---|
| **Budd Lake, NJ** | **$7.44** |
| **Oswego, New York** | **$8.01** |
| **New Paltz, New York** | **$8.01** |
| **Addison, VT** | **$9.93** |
| **Hoosick, New York** | **$8.11** |
| **Lydonville, Vermont** | **$9.93** |
| **Lancaster, New Hampshire** | **$9.51** |
| **Ledyard, CT** | **$10.34** |
| **New Rochelle, New York** | **$8.11** |
| **Berlin, CT** | **$10.34** |
| **Farmingdale, New York** | **$7.58** |
| **Lake Grove, New York** | **$7.58** |
| **Augusta, GA** | **$7.16** |

CASE DETAIL   SCREEN 1

```
COMMAND:                    CASE NUMBER: 20060002710   FILING DATE: 09/27/2006
CASE STATUS: BACKLOG        JUR: E   ENTERTN      PRIORITY: T   TEMPORARY
FILE LOCATION: BACKLOG      UNIT:        FROM: 01/17/2007   TO: 11/06/2007


EMPLOYER: DREAMLAND AMUSEMENT INC


    D/B/A:
ADD-1: 2 OLYMPIA LANE                    ADD-2:
CITY: STONEY BROOK        STATE: NY   ZIP CODE: 11790      COUNTRY:
WORK ADD1: 2 OLYMPIA LANE                     ADD2:
CITY: STONEY BROOK        STATE: NY   ZIP CODE: 11790


ALIEN SURNAME: 45 UNNAMED ALIENS          FIRST:
          MIDDLE:                         PREFIX:


ATTORNEY/AGENT: ATTNY   FOR: E                   PHONE: 941-504-2324
FIRM NAME: MALCOLM SEHEULT


LAST NAME: SEHEULT                  FIRST: MALCOLM            MIDDLE:
ADD-1: 15210 WATERLINE ROAD              ADD-2:
CITY: BRADENTON           STATE: FL   ZIP CODE: 34212      COUNTRY:


          PF3-MENU      PF7-BACKWARD    PF8-FORWARD    PF10-PRINT
```

CASE DETAIL SCREEN 2

COMMAND:                    CASE NUMBER: 20060002710    FILING DATE: 09/27/2006

EMPLOYER NAME: DREAMLAND AMUSEMENT INC

EMP CONTACT LAST NAME: destefano                    FIRST: bob
PHONE: 866-666-3247                 NO. OF OPENINGS: 0045
EMPLOYER JOB TITLE: ride operator

ALIEN NAME: 45 UNNAMED ALIENS       FIRST:
 ADD-1:                               ADD-2:
 CITY:                STATE:        ZIP CODE:
 ALIEN BIRTH COUNTRY:             DATE OF BIRTH:

      OFFICE NO: 0000    L.O. DATE:                S.O. DATE: 09/27/2006




          PF3-MENU      PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

# Job Summary

**Order Number:**
NY0742753

**Date Job Order Received:**
10/10/2006

**Number of Openings:**
45

**Company Name:**
C/O NYSDOL

**Job Title:**
RIDE OPERATOR

**Minimum Experience Required:**
No experience requirement provided.

**Job Description:**
Send 2 resumes TO C- GH# 231T - RIDE OPERATORS FOR TEMPORARY
OPENINGS 11 MONTHS IN DURATION. OPERATE VARIOUS CARNIVAL
RIDES AND ASSEMBLE AND DISASSEMBLE THE RIDES AT EACH
LOCATION. WORKER WILL COLLECT TICKETS FOR THE RIDES. MUST BE
ABLE TO TRAVEL. ABILITY TO LIFT IN EXCESS OF 50LBS. NO EXPERIENCE
REQUIRED.

**Job Location:**
NEW YORK, New York

**Pay:**
$8.61 Hourly

**Benefits:**
No benefits mentioned.

**Hours per Week:**
40

**Duration:**
Full Time, Temporary

**Work Days:**
Not specified.

**Shift:**
First (Day)

**Public Transportation:**
Public Transportation is not available.

**Minimum Education Required:**

  Less Than High School

**Driver Licenses, Including Endorsements:**

  No Driver License requirements specified.

**How to Apply:**

  To apply, contact the employer by mail:
  SEE JOB DESCRIPTION, referral instruction
  PO Box 703
  New York, NY 10014

## Trades

**SERVICE ELECTRICIANS**
Needed. Great Pay and Benefits. Clean Driving Record. Residential/ Experience. Company Van and Cell Phone. EOE/DFWP. Call Doug 561-547-0027 or 561-545-6591
**WEB ID # 6841621**

## SERVICE TECH
Some electronic or mechanical background needed to service generators. Will train customers on use & prepare generators for delivery. Call us at 561-361-9233
**WEB ID # 6854481**

**SUPERINTENDENTS** - Qualified, in field personnel with commercial/retail ground up experience, own tools & dependable transportation please forward resume to Hallmark Construction Industries, Inc. EOE/DFWP at fax: 561-586-8746 or e-mail: eoe@hallmarkconst.com
**WEB ID # 6832372**

## TECHNICIAN
Truck/Forklift Tech for busy service dept. FT + benefits DFWP EOE 561-248-8902

**WEB ID # 6828298**

Surf the classifieds on the web! www.palmbeachpost.com

**TRUCK TECHNICIAN**

**Check This Out**
EXPERIENCE TRUCK TECH'S NEEDED FOR LARGE MITSUBISHI, HINO DEALERSHIP WE ARE A FULL SERVICE TRUCK REPAIR CENTER, COMPANY BENEFITS, TOOLS REQUIRED. CONTACT RON AT 561-472-1347
**WEB ID # 6847288**

### What's a Web ID?
Web IDs appear daily at the end of select employment ads. When you see a Web ID number, go to Palm-BeachPost.com and click on Jobs to quickly locate the ad, which may have extra features such as a complete job description, company information, benefits, photos and a video or audio file. You can also contact employers via email with questions or to apply.

**WOOD WORKERS**: MOLDERS/ROUGH MILL. Good pay and benefits. Call 561-296-9600 or fax resume 561-296-9601.

## Miscellaneous

**ACT OR MODEL**- Babies to adults for Movies, print & TV Intv Thurs. Oct. 12th 2-7pm Lake Worth Holiday Inn Call Pam 954-561-1227 Avenue Talent Agcy. Lic. 335 www.avemodels.com

**AIRLINE PASSENGER SERVICE AGENT** Aircraft Service int'l Group-Boca. Part time. Weekly/

**AMUSEMENT ATTENDANTS**- wanted for Dreamland Amusements Inc. 45 positions open from Jan 17/07 to Nov 06/07. Job involves a variety of duties, operating and maintaining rides and concessions - set up and take down required. Travel to various locations 9see below). Approx 40 hrs/wk - 11:00am to 8:00pm. Salary $8.61/hr. No training or experience required . Travel required . Send resume to NYS Dept of labor 9H# 227TPO Box 703, New York, NY 10014-0703.

West Palm Beach, Ocala FL; St. Mary's, Augusta, GA; Chesapeake, VA; Baltimore, MD; Manuet, Lake Grove Newburg, Levittown, Hamricks, Yorktown Heights, Oswego, New Paltz, Hoosick, New Rochelle, Farmingdale, NY; West Chester, PA; Stamford, Westport, Ledyard, Berlin, CT; Leonia, Ocean City, Budd Lake, NJ; Addison, Lyconville, VT; Lancaster, NH;

**AVIATION DEALER** Willing to Train. Good Pay & Benefits. Apply at Galaxy Aviation 3690 Southern Blvd. West Palm Beach or gtribble@galaxyaviation.com DFWP/EOE
**WEB ID # 6838766**

See **JOBS** Clip > on

## Miscellaneous

**WAREHOUSE** Pulling orders,loading trucks, heavy lifting, Apply in person at MAC Papers- 7970 Central Industrial Dr, Riviera Bch
**WEB ID # 6855828**

### Seasonal/Part-Time

**SIGN SPINNERS**
Wellington, Boynton Beach. Great Weekend job! Start $10/hr. 10-12/hr/wk. Holding signs directing buyers to new homes. Hiring immediately!! Call Everett Extraordinaire at 866-257-0688
**WEB ID # 6839897**

### Home Based Businesses

**NOTICE:**
Some of the ads in the "Home Based Business" classification may require an investment. Make sure that you check the company or individual thoroughly before investing. To research or inquire about a company, please contact the Better Business Bureau at 561-842-1918.

### Seeking Employment

**AIDE CNA-HHA** Work with the sick & elderly. Good Ref. Day or Night 561-827-0310.

**CAREGIVER**, Dependable & responsible person to live in. For references 305-479-6223

**CAREGIVER** for elderly Run errands, own car, exc refs $18/hr. Kathy 561-252-2836.

**CNA/Companion** Polish/Eng Speaking Seeks Private Duty.  Ivona 561-582-3369

**CNA** seeks prvt duty w/sick or elderly. 25 yrs exp. Excell Refs. Call 561-641-9334.

**COMPANION/BABY SITTER** Live in/Live out. Days & Nights avail. Exp. w/great references. 561-301-0498 or 561-502-3629

## 17
### Personal Services

### Entertainment Services

**#1 EXOTIC TOUCH**
1/2 OFF - Wed., Sat. & Sun!
**561-848-5952**

**#1 Insomnia Girls**
**561-574-2010**
Private Models

**ALEXIS**
Private Model
**561-756-4087**

Awesome Physique!
**DIANA'S BACK!**
Pvt Model☎828-450-0585

**ENIGMA**
Always Something New to Do
• M-Th 9-3 • Fri/Sa 10-5
•Sun 12-8 •Call about Summer Specials 561-649-9443

**Jamie's All Girl**
Pvt models 1401 S. Military Tr/PC, 10a-4a• 7days •468-7426
☎ Jamie's #2 - 687-4105 ☎

**JASMINE & FRIENDS**
**561-506-0002**

Search the Classifieds On-line! Point your Web browser to www.palmbeachpost.com

### Legal Services

The hiring of a lawyer is an important decision that should not be based solely on advertisements. Before you decide, ask the lawyer to send you free written information about their qualifications and experience.

Under Florida law, non-lawyers are permitted to sell legal forms and kits and type in the factual information provided by their customers. They may not, however, give legal advice.

## 20
### Merchandise

### Items $500 or Less

**Furniture** 2 China Cabinets $200 ea. 1 Oak Child Armoire $200. 1 Oak Computer Chest $250. 561-248-4198
**WEB ID # 6783090**

**Furn.** 2 bookcases $99 ea. Kids Bunkbed $325. incl/desk,New Bike $55. Music ent. ctr $30. wood. 561-319-8473
**WEB ID # 6822512**

**GYM SYSTEM** Home Gym Set Club/Weider already assembled $75 make offer 561-722-2847
**WEB ID # 6798374**

**QUEEN MATTRESS SET** $199. king mattress set $299., in bag., can deliver same day. 561-386-4382
**WEB ID # 6806638**

**Refrigerator**  Kitchenaid; freezer down; ice maker, 21 cu. ft.; almond color; excellent condition; $500 or best offer. 561-385-9142.
**WEB ID # 6775512**

**LOOK** Trov-Never Used HUMAX recorder. $250. Brown leather couch w/ 2 recliners $100. Black wall unit-fits up to 55 inch tv. $50. 561-776-0572
**WEB ID # 6852501**

### Auctions

**ABSOLUTE AUCTION** Sports & Ent. Also Sports Card Show 9-5. Seminole Hard Rock Hotel & Casino. Sat Oct 14. 1-3pm meet the '77 Yankees, auto's $15-$20. Auction 3-5pm. For info or tables call 954-593-7685.

**ANTIQUE & JEWELRY**
**AUCTION**
**GRAND OPENING**
**SUN 10/15 @ 1PM**
8221 W. Glades, Suite #13 next to Int'l Jewelry Exchange Boca 561-477-0008 To Feature: over 100 lots of Lladro & Lalique, Rare Swarovski, Antique Grama- phones, loads of Sterling, old tin toys, Estate jewelry $500k value many Gold pocket watches. Exhb. Thu- Sat 10-3; Sun 10 - Auction. Prizes Lunch. INTER-NET BIDDING COMPETI-TION SO WHY BE AWAY-WHERE ELSE?)
Jay Kleinbock Auctioneer au3349-ab2095 15%bp
For Catalogue www.jkgalleries.com

### Garage Sales

**BOCA RATON** Fri., Sat. & Sun. 9-4. 1524 NW 4th Street-Palmetto to 12- to 4th GIGANTIC MOVING SALE
**WEB ID # 6859263**

**BOYNTON BEACH HUGE ESTATE SALE!!**
**SAT. & SUN. OCT. 14 & 15 9AM-4PM**
**818 W. Ocean Ave**
I-95 to Boynton Beach Blvd. west 1/2 mile to NE 8th Street, south to Ocean Ave.
**WEB ID # 6855551**

**Delray Beach Saturday** October 14, 8-2 Community sale at The Enclave, Atlantic Ave. Easy access to everyone at the community tennis court.
**WEB ID # 6855334**

**Lake Worth -Sat 8am-1pm** 5355 Guildcrest in Springhill, household, antique, elec TV, rugs, dvds, furn misc
**WEB ID # 6863135**

**Lake Worth Sat/Sun CASH SALE, All Must Go, blend suite desk table, 2 file cabinets, office furniture, compressor, workbench/vice, grill, tires, desk, household items, Shelving, Fire extinguisher, Measuring devices, and MUCH MORE, Sat-urday and Sunday Oct 14 & 15, from 8 AM til 2 PM, Lake Worth, (from US1, turn west on 6 Av South to "F" St, turn left 1 third building on left side) 624 South "F" St Lake Worth** 561-965-5152
**WEB ID # 6865194**

**Palm Beach** country estates sat,sun 9- Moving. Furniture, yard tools, art, saddle, pool table. 15364 80th Dr. North.
**WEB ID # 6849223**

Royal Palm Beach Saturday

## Appliances

**STOVE, REFRIG.** $150 & **DISHWASHER** $75: GE - Electric. Excellent Condition. Beige. 561-889-9225.
**WEB ID # 6867006**

### WALK IN FREEZER WALK IN COOLER
Must Sell.   954-683-0810.
**WEB ID # 6788519**

**WASHER/DRYER** Frigidaire Washer, VGC-$210', RCA Dryer-$75 (Boynton Beach) 561-383-5358 561-755-2374
**WEB ID # 6835024**

**WASHER/DRYER - Full Size** Whirlpool. Good condition. White. 4 yrs old.  $500. Call 561-906-1000
**WEB ID # 6857679**

**WASHER & DRYER** Heavy Duty. Maytag. Like New. $375. 561-351-0619
**WEB ID # 6820471**

**WASHER/DRYER** Stackable, White Westing-house, good condition, $350 OBO 772-220-9691
**WEB ID # 6854648**

**Whirlpool appliance pkg** side by side frig, gas range, dishwasher, microhood, 6 yrs old, white, like new. $950. obo 561-427-7653
**WEB ID # 6833344**

### Audio/TV/Video

**13 inch Color TV Curtis** Mathis CM13102 Like New.
Exmple $50.00
561-386-2400
**WEB ID # 6845443**

**51" Hitachi Big Screen** TV Great Cond. Awesome Picture/Sound. Must sell. Baby on the way. $900.00 OBO 561-840-9920
**WEB ID # 6845938**

**TV, BIG SCREEN 56" RCA** Home Theater Premiere. Like new! $750 (Paid $1400) Moving! Call 561-346-9707
**WEB ID # 6834893**

**TV, FLAT SCREEN 34** Panasonic (C1355Lh), NO Flat panel, flat screen. 10 months new. Paid $900. Sell for $450. 561-758-1189
**WEB ID # 6847468**

### Building Materials

**Designer Laminate** Flooring. Must Sell. 1,980 sq.ft. .79 cents per. sq.ft. Will split. 561-659-7717
**WEB ID # 6805978**

**HURRICANE SHUTTERS** Aluminum. 8ft. to 8 ft. long. 14" wide. $3 linear foot. 561-968-8363
**WEB ID # 6818732**

**OAK FLOORING** Never used. Pre-finished. $2.25/sq. ft. 2170 sq. ft. All or Part.  561-841-5988
**WEB ID # 6834010**

**SHELVING (200)** Metal Shelves. $10 per shelf. 814-360-9760 Indiantown Leave Message
**WEB ID # 6729864**

**SHELVING** Warehouse or garage, 4'W, 8'H, 2'D, adjustable wooden shelves, metal frame, $25 each 772-419-9300 561-676-5959
**WEB ID # 6809095**

**TARPS NEVER USED -** BLUE 30' X 40' 40' X 60', 50' X 100', 60' X 120', 100' X 100'. 561-588-0211
**WEB ID # 6795939**

**TARPS NEVER USED -** Extra Heavy Duty Silver or White --- 18' x 25'. 12' x 20'. 14' x 20', 20' x 30', 20' x 30', 20' x 40', 40' x 60'. AND MORE. --- 561-588-0211
**WEB ID # 6795872**

**TRAVERTINE** Marble2000 SF. 18"X18", beautiful. high quality. $2.50 SF. my loss. your gain. 772-708-9693
**WEB ID # 6824596**

### Business/Office Equipment

## High-End Bank Furniture Liquidation
30 Kroll cubicles, 60 chairs, & 40 lateral files
By appt. 954-401-9920

**Custom made jewelry** showcases for a high end department store, For gold, silver, custom jewelry, watches or sunglasses. Worth 35k+ Selling for $7 500 Must SEE. 561-306-4573
**WEB ID # 6784290**

FREE. High Volume Copier

## Fitness/ Sporting Goods

**KESTREL 4000** Carbon Spectra Road Bike. Dura -Ace. 54 cm. Cost $3200. sell $695.  561-686-2143
**WEB ID # 6848780**

**Kristal Fishing XL 651** Great deep drop reel and rod. Never been used. Hooks, weights, lights, all included. $2 0 0 0 O B O 561-262-8702
**WEB ID # 6823034**

**POOL TABLE** - 100% solid wood. 8 ft. Excaliber. Extra thick 1" slate. Leather pockets. 20 pc kit + 4 pc hand carved dining top. Never used. Cost $7,000 Sell for $1,400 954-692-3492
**WEB ID # 6782650**

**POOL TABLE,** 9 ft. Gandy professional. oak finish, w/accessories. Like new! $1,000. Call 561-241-4527
**WEB ID # 6819359**

**POOL TABLE** 9' Olhausen. With rack, cue's & balls. $700 obo. 561-963-6606
**WEB ID # 6855678**

**POOL TABLE** Olhausen solid oak, rack,cues. Excellent cond. MUST SELL! $2000 OBO Wellington 561-346-9684
**WEB ID # 6810264**

**Pre Owned Commercial** Gym Equipment. Treadmills, bikes, ellipticals, $1499 obo. Call Justin. 561-309-5849
**WEB ID # 6688986**

### Tanning Bed
**WOW...**
Summer Image Sunless Stu-dio-Private Spray Tan Booth. The Booth has only had around fifteen hours of usage. It is in perfect condition. Serious inquiries only please. Please feel free to e-mail any additional questions or if you would like to see the Booth. Pick up only. Email- sandpiper40@hotmail.com or call at 772-626-4171.
**WEB ID # 6850398**

**TREADMILL** Exc. Cond. Easy Storage. Control Panel. Full Documentation. $500. Cash. 561-752-9399
**WEB ID # 6763579**

**TREADMILL** - WESLO 70e, Used New. Like New. Folds up. $200 Firm. 561-735-3711
**WEB ID # 6849848**

**Weight Bench, full function** aimkot never used. 240lbs of weight, bars, does everything. $150 obo 561-827-1189
**WEB ID # 6811816**

**Weight Rack System.** ParaBody racking system. Pro type 400 lbs+ wgts. Olympic bars, etc. Paid $1800.. Sell $400. 561-758-1189
**WEB ID # 6834642**

### Furniture

**BDRM 6pc** New in boxes. Beautiful Cherry Set. $475. Can deliver. 561-296-5987

**BED NASA Memory Foam** As seen on TV. New in Plastic. Must Move $375. Can Deliver today 561.296.2396

**BDRM 7pc Aff Dovetail.** Beautiful Mahogany Sleigh Set. New in boxes. Cost $4K. Must move. $999. Can deliver 561.296.5987

**COUCH & LOVESEAT** Microfiber. Stainresistant, lifetime warr. New in crate. Retail $1,195. Must move $499. Can deliver 561.296.5987

3pc Cherry Sleigh Bed $250, new in boxes. Can deliver immediately. 561.296.2397

**BED'S $100 QUEEN P/T** Mattress Set, New in Plastic. Can deliver. 561-296-1011

**BED 2pc New Thick Queen** Pillowtop matt. set $199. Can deliver 561-296-5987

**BED FULL. Firm orthopedic.** New in plastic. $99. Can deliver. 561-296-2396

**BED $150 KING 3pc. Pillow** Top set. New in Plastic. Can Deliver. 561.296.1011

**Art Work. Bedroom Set.** Banquet Set. Living Room Set.. Antiques, Books, Patio Set. Everything Must Go! 561-315-9093
**WEB ID # 6850402**

**Bdrm Suite,** 6pc.armoire chiffer,drsr,2nite stands, 1 mirror, Stone/White Wash. Excl,$1,000.561-502-0060
**WEB ID # 6863463**

**BED - $110 Queen Set:** Queen Double Pillow Top $225. Sofa & Loveseat $329. Call 561-392-8521
**WEB ID # 6809547**

BED - Absolutely Gorgeous

Dreamland Amusements Inc
2 Olympia Lane
Stony Brook,
New York, 11790
866-666-3247

.............................................................

October 23, 2006

US Department Of Labor

Dear Sirs:

Enclosed are tear Sheets from The Palm Beach Post. There were no

responses to advertising and recruitment.

Sincerely,

Bob Destefano

Owner

## RESPONSES TO RECRUITMENT

### COPIES OF ALL RESUMES AND/OR APPLICATIONS MUST BE ATTACHED

_Dreamland Amusements_

| DATE OF RESPONSE | SOURCE OF RECRUITMENT | NAME, ADDRESS, AND PHONE NUMBER OF APPLICANT | APPLICANT INTERVIEWED YES   NO | SPECIFIC JOB RELATED REASON FOR REJECTIONS OF U.S. WORKER | HIRED YES   NO |
|---|---|---|---|---|---|
| | | NO Responses | | | |

SIGNATURE: _[signature]_

NAME/TITLE: _Bob McStefan_

DATE: _4/19/06_

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

APPLICATION
FOR
ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) | | | |
|---|---|---|---|
| **45 unknown temporary workers** | | | |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | | 3. Type of Visa (If in U.S.) |
|---|---|---|
| **not in the U.S.A.** | | **n/a** |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
|---|---|
| **Dreamland Amusements Inc.** | **(866) 666-3247** |

6. Address (Number, Street, City and Town, State ZIP code)
**2 Olympia Lane, Stoney Brook, New York 11790**

7. Address Where Alien Will Work (if different from item 6)
**see attached Route Schedule**

✓ 861. ✓

| 8. Nature of Employer's Business | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay |
|---|---|---|---|---|---|
| **carnival/amusement business** | **ride operator** | a. Basic **40** | b. Overtime **0** | (Hourly) **11:00** a.m. **07:00** p.m. | a. Basic *prevailing wage per hour* b. Overtime **$ 0.00** per hour |

13. Describe Fully the job to be Performed (Duties)
**Ride Operator- workers will operate various carnival rides and will assemble and disassemble the rides at each location. Worker shall collect tickets for the rides. Ability to lift in excess of 50 lbs.**

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School **0** | High School **0** | College **0** | College Degree Required (specify) **n/a** |
| | | | | Major Field of Study **n/a** |
| TRAIN-ING | No. Mos. **0** | No. Mos. **0** | Type of Training **n/a** | **workers will be trained on location** |
| EXPERI-ENCE | Job Offered Yrs. **0** Mos. **0** | Related Occupation Yrs. **0** Mos. **0** | Related Occupation (specify) **none** | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ► **owner or ride supervisor** | 17. Number of Employees Alien Will Supervise ► **0** |
|---|---|---|

◄ ENDORSEMENTS (Make no entry in section - for Government use only)

Date Forms Received

| L.O. | SEP 2 7 2006 |
|---|---|
| R.O. | N.O. |

| Ind. Code **7929** | Occ. Code **342663010** |
|---|---|
| Occ. Title *Ride Operator* | |

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local | |
| | From | To | | n/a | |
| 45 | 01/17/07 | 11/06/07 | n/a | c. City and State | n/a |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household ONLY) | | | | | | | |
|---|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) | |
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | | Children | Ages | ☐ YES   ☐ NO | |
| | | | BOYS | | | | |
| | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. (Specify Sources of Recruitment by Name)**

advertised for workers in local papers and magazines, but unable to find a high response to seasonal need. Our company must rely on contract or temporary workers to fill this position although this is difficult due to the transient nature of this occupation-i.e. constant travel from one location to another

**22. Applications require various types of documentation. Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.**

**23. EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

| DECLARATION OF EMPLOYER ➤ | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | |
|---|---|---|
| SIGNATURE | | DATE September 12, 2006 |
| NAME (Type or Print) Bob Destefano | TITLE Owner | |

| AUTHORIZATION OF AGENT OF EMPLOYER ➤ | I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF EMPLOYER | | DATE Sept 12, 2006 |
| NAME OF AGENT (Type or Print) Malcolm Seheult | ADDRESS OF AGENT (Number, Street, City, State, ZIP code) 15210 Waterline Road, Bradenton, Florida, 34212 | |

**U.S. Department of Labor**    **Employment and Training Administration**
Chicago National Processing Center
844 N. Rush Street
12th Floor
Chicago, IL 60611



### FINAL DETERMINATION

November 07, 2006

DREAMLAND AMUSEMENTS INC
c/o MALCOLM SEHEULT
15210 WATERLINE ROAD
BRADENTON, FL 34212

| | |
|---|---|
| ETA Case Number: | C-06311-14820 |
| State Case #: | 20060002710 |
| Number of Openings: | 45 |
| Occupation: | Ride Operator |
| Period of Certification: | January 17, 2007 - November 06, 2007 |

In reply refer to:    Mary Glusak

The Department of Labor has made a final determination on your application for certification of temporary alien employment pursuant to Title 20, Code of Federal Regulations, Part 655.

The Application for Alien Employment Certification, Form ETA 750A, **has been certified** and is enclosed. All enclosures are required to be submitted to the U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, at:

> U.S. Department of Homeland Security
> U.S. Citizenship and Immigration Services
> Vermont Service Center
> 75 Lower Welden St.
> Saint Albans, VT 05479

for consideration with your petition (Form I-129).

Sincerely,

Marie Gonzalez
Certifying Officer

CC: DREAMLAND AMUSEMENTS INC

Attachments:  Form ETA 750A

?

# CASE #   20070004340  TEMPORARY

### NEW YORK STATE DEPARTMENT OF LABOR
### ALIEN EMPLOYMENT CERTIFICATION OFFICE

| STATE AGENCY TRANSMITTAL OF APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION | |
|---|---|
| TO: REGIONAL CERTIFYING OFFICER | **DREAMLAND AMUSEMENTS,INC.** |
| SUBMITTED BY : (Local/State Office)<br>Alien Employment Certification<br>PO Box 703<br>NY, NY 10014-0703 | **ALIEN'S NAME (First, Middle Initial, Last)**<br>**55 UNKNOWN ALIENS** |
| | 342663010 | **AMUSEMENT ATTENDANT (CARNIVAL)** |

**1. TYPE OF CASE** (Check Appropriate Box [es])

  a. ☐ Permanent     b. ☒ Temporary     c. ☐ Temporary Removal     d. ☐ Teacher, College or University

  e. ☐ Employer Reduction of Recruitment     f. ☐ Schedule B     g. ☐ Job Order     h. ☐ Other (Specify)

**2. CHECKLIST** – Complete Application Includes (Check Appropriate Boxes)     ☒ Job Order

☒ G-28 or Agent Authorization     ☐ Documentation Supporting  Unusual or Restrictive Job Requirements     ☐ Contract

☐ Copy of Posting     ☐ Paid Domestic Service Experience     ☐ Other

☒ Copy of Advertisement     ☐ Live-In Documentation     ☐ ____

| 3. **Wages**<br>a.  Local Union Wage<br>$    N/A | b. Employer's Wage Offer<br>**8.13H** | PREV WAGE<br>8.13H | OES CODE-OCCUP-AREA-BRIDGEPORT-STAMFORD.CT-71950, 39-3091-AMUS & REC ATTENDS,LV1,7/16/2007 |
|---|---|---|---|

**4. DESCRIBE STATE AGENCY REFERRAL ACTIVITY**

| a.  No Qualified Applicants In Active File | b. No Active Job Bank Openings | c. Job Order Number<br><u>NY0831326</u> | d. Date(s) of Job Order<br><u>10/03/07-10/14/07</u> |
|---|---|---|---|
| a)  Name(s) of Applicants Referred<br>**\*SEE ADVERTISING SUMMARY 2ND PAGE** | Source –AHO | Dates of Referral | RESULTS\*<br>_0_ Qualified applicants<br>hired from posting<br>hired from ads |

\*The Employer's Statement of "Results" of Recruitment Required should not be used for this item. The Local Office is required to maintain its own records of recruitment conducted through the Local Office.

5. STATE OFFICE COMMENTS:  NO RESPONSE TO ADS.  .

| 6. Is Job Unionized?<br>☐ Yes  ☒ No<br>   If "Yes" complete → | Local Name and Number | b. | Union Representative's Name | d. Information Provided by Union: |
|---|---|---|---|---|
| | | c. | Date (Month, Day, Year) | |

7. SPECIFIC INFORMATION OBTAINED FROM OTHER RECRUITMENT

| STATE REPRESENTATIVE:<br>*JUDY A. WADE* | 10/24/2007 |
|---|---|

ETA 7147 (10/15)

**8. CONTINUATION OR OTHER COMMENTS:**

USE THIS SIDE IF NECESSARY TO CONTINUE COMMENTS FROM ITEMS 4,5,6, OR 7 OR ADD OTHER RELEVANT INFORMATION.    PLEASE NOTE EMPL  SUBMITTED  3 ORIGINAL TEARSHEETS  FROM THE HERALD NEWS- PANAMA CITY, FLORIDA, RECRUITMENT REPORT. EMPL STATES  TEMP AND IS SEASONAL. SEE EXPLANATION IN 10/15/07 LETTER-CARNIVAL ITENARY & PREV WAGE SUMMARY INCL. COPIES OF OES WAGES FOR ITENRARY,  PAYROLL RECORDS INCL FOR TEMP & PERM EMPLOYEES.  PLEASE NOTE EMPLOYER GIVEN A REVISED RECRUITMENT PERIOD BECAUSE OF OUR MOVE TO 75 VARICK STREET WHICH DID POSE SOME PROBLEMS-

SE



# JKJ Workforce Agency, Inc.
# 32775 FM 106
**Rio Hondo, TX 78583**
**Phone: 956.748.0550**
**Fax: 956.748.0553**

September 11, 2007

The News Herald
Panama City, FL

We need to run the following help wanted ad in "The News Herald" for 3 consecutive days, starting _____.
After the ads run, we need all 3 of the tear sheets mailed to us via first class mail and we need a faxed affidavit
that the ads ran and a copy of the ads.  This is for the US Dept. of Labor and these are the requirements.

As soon as I get a price and ad to proof, I will give you credit card information so we can run the ad.  Proof can
be faxed to the number below or emailed to **tess.harrison@yahoo.com**.  Which cards do you accept?

I stress that we need an Original Tear Sheet form EACH DAY that the ad runs mailed by first class mail as soon
as the run is over and fax copies of tear sheets with an affidavit of publication faxed to:

JKJ Workforce                Phone: 1-956-564-0207/1-956-748-0550
Attn: Tess Harrison           Fax: 866-522-4252
13430 Gulf Beach Hwy, Box 74
Pensacola, FL  32507

Carnival Amusement Attendant.  Dreamland Amusements, 55 positions open from 26-Dec.-07 to 9-Nov.-08,
starting in Panama City, FL moving to Avon Park, W. Palm Beach, Tampa, Ocala, then to St Mary's, GA,
Chesapeake, Potomac, VA, New Brunswick, NJ, Islip, Yorktown Heights, NY, West Chester, PA, Levittown,
Herricks, NY, Stamford, West Point, CT, Glen Grove, NY, Leonia, NJ, Mt. Pocono, PA, Budd Lake, NJ, New
Paltz, NY, New Haven, Bennington, Lyndonville, VT, Lancaster, NH, Ledyard, CT, Massapequa, NY, Berlin,
CT, Farmingdale, NY, Fort Bragg, NC, ending in Augusta, GA.  Job entails a variety of duties at traveling
amusement facility, maintain equipment, provide use of equipment to participants, and operate amusement
concessions and/or rides.  Employee will work 38 hours per week.  No experience necessary.  Travel required.
Salary $8.13/hr, $12.20/hr for overtime.  Send resume to : NYS Dept of Labor, ~~Job Service~~, P.O. Box 703, New
York, NY 10014.

**Foreign Labor Certification**
**Online Wage Library & Data Center**



## *www.flcdatacenter.com*
Thursday, September 27, 2007

FLC Wage Results   **New Quick Search**   **New Search Wizard**

You selected the All Industries database for 7/2007 - 6/2008.

Your search returned the following: Print Format

| | |
|---|---|
| **Area Code:** | 71950 |
| **Area Title:** | BRIDGEPORT-STAMFORD-NORWALK, CT METROPOLITAN |
| **OES/SOC Code:** | 39-3091 |
| **OES/SOC Title:** | Amusement and Recreation Attendants |
| **Level 1 Wage:** | $8.13 hour - $16,910 year |
| **Level 2 Wage:** | $9.73 hour - $20,238 year |
| **Level 3 Wage:** | $11.34 hour - $23,587 year |
| **Level 4 Wage:** | $12.94 hour - $26,915 year |
| **GeoLevel:** | 1 |

For information on determining the proper occupation and wage level see the new Prevailing Wage Guidance on the Skill Level page.

This wage applies to the following O*Net occupations:

### 39-3091.00 Amusement and Recreation Attendants

Perform variety of attending duties at amusement or recreation facility. May schedule use of recreation facilities, maintain and provide equipment to participants of sporting events or recreational pursuits, or operate amusement concessions and rides.
O*Net™ JobZone: 1
Education & Training Code: No Level Set

FLC Wage Data updated July 15, 2007 - Job Zones updated April 11, 2007; see change history.
**Also available from the FLC Data Center:**
Downloadable Data Files
Skill Level Explanation
SVP explanation

Before contacting Technical Support, please read the FAQ page.

The Foreign Labor Certification Data Center is developed and maintained by the State of Utah under contract with the US Department of Labor, Division of Foreign Labor Certification.
Questions or problems should be sent to gray@utah.gov.

# Job Summary

**Order Number:**
  NY0831326
**Date Job Order Received:**
  09/27/2007
**Number of Openings:**
  55
**Company Name:**
  C/O NYSDOL
**Job Title:**
  AMUSEMENT ATTENDANT CARNIVAL
**Minimum Experience Required:**
  No experience requirement provided.
**Job Description:**
  SEND RESUMES TO #JAW325T--55 TEMP JOBS-DURATION-12/26/07-11/09/08-PERFORMS
  VARIETY OF ATTENDING DUTIES AT AMUSEMENT OR RECREATION FACILITY. MAY
  SCHEDULE USE OF RECREATION FACILITIES,MAINTAIN AND PROVIDE EQUIPMENT TO
  PARTICIPANTS OF SPORTING EVENTS OR RECREATIONAL PURSUITS, OR
  OPERATEAMUSEMENT CONCESSIONS AND RIDES. TRAVEL WITH CARNIVAL.NO EXP.
**Job Location:**
  STONY BROOK, New York
**Pay:**
  $8.13 Hourly
**Benefits:**
  No benefits mentioned.
**Hours per Week:**
  38
**Duration:**
  Full Time, Temporary
**Work Days:**
  Monday thru Friday
**Shift:**
  First (Day)
**Public Transportation:**
  Information not provided.
**Minimum Education Required:**
  Less Than High School
**Driver Licenses, Including Endorsements:**
  No Driver License requirements specified.
**How to Apply:**
  To apply, contact the employer by mail:
  SEE JOB DESCRIPTION, referral instruction

PO Box 703
New York, NY 10014

Print    Cancel

**New York State Department of Labor**
Eliot Spitzer, *Governor*
M. Patricia Smith, *Commissioner*

September 27, 2007

**JKJ WORKFORCE**
**JAMES K. JUDKINS, PRES.**
**32775 FM 106**
**RIO HONDO, TEXAS, 78583**

Employer:                    **DREAMLAND AMUSEMENTS INC.**
Occupation:                  **AMUSEMENT ATTENDANT CARNIVAL**
Alien(s):                    **55 WORKERS**
Case Reference Number:       **20070004340   TRACKING NUMBER**
Priority Date:               **09/26/2007  FILING DATE**

Dear Employer or Agent/Attorney of Record:

You may now begin recruitment for this position as required by the Department of Labor
(DOL) at 20 Code of Federal Regulations 655, Subpart A. The Foreign Labor
Certification Office will release a job order advertising for the position described on the
Application for Alien Employment Certification (ETA Form 750) into the state job bank
for ten (10) calendar days. The job order listed under **NY0831326 JOB ORDER**
**NUMBER** will be available to U.S. workers beginning on ~~09/26/2007~~ **OSOS Start**
**Date** and ending on ~~10/08/2007~~ **OSOS End Date.** ~~10/3/07~~
10/14/07   dk xwade

**Newspaper Advertisement and Content.** Your recruitment begins with the first day
the newspaper advertisement is published. We recommended this job be advertised in
the **THE HERALD NEWS--PANAMA CITY,FL** for three (3) consecutive calendar days
during the state job order period. If you choose to advertise in a publication other than
the one recommended by our office, you must submit a justification for your choice. If
the DOL National Processing Center (NPC) finds the publication selected to be
inappropriate, you may be required to re-advertise.

Your advertisement must contain the following information:

1) Job Title
2) Employer's name and location of work
3) Total job openings to be filled
4) Start and end dates of employment
5) Contains a clear indication the job is "temporary"
6) Description of job opportunity with particularity (incl. minimum requirements)
7) Rate of pay including overtime, if applicable
8) Prevailing working conditions such as housing, lifting, excessive heat, etc.
9) SWA contact information and **Advertising Number** as listed in next

(212) 775-3302   775-3796
Phone: (212) ~~621-9330~~ Fax: (212) ~~621-0432~~
Alien Employment Certification Office-Division of Employment Services, ~~247 W. 54th Street~~, New York, NY ~~10019~~
75 Varick St   10013
**www.labor.state.ny.us**

paragraph.

Direct applicants to send resumes to:

**NYSDOL, #JAW325T -- Advertising Number**
Post Office Box 703
New York, NY 10014-0703 _~_ _3796_
_775 - 3796_

**Please Fax your Draft Ad to (212)** ~~621-0432~~ **immediately.**

All employment applications and resumes will be forwarded as they are received during the recruitment period.  If you would like resumes forwarded to you by fax, please leave us a fax number to expedite the referral of any qualified applicants.  Applicants should be contacted to determine their qualifications for the position <u>immediately</u> upon receipt of a referral from our office.  If the applicant(s) cannot be reached by phone on the first attempt, a registered letter must be sent the same day.  An offer must be made to all qualified applicants either in person, by phone, or by mail/registered letter.

**Proof of Advertisement and Recruitment.**  At the end of the recruitment period, it is the responsibility of the employer to prepare and forward proof of advertising and two (2) copies of the Recruitment Report to our office no later than ~~10/15/2007.~~  The employer should complete and forward to our office the following documents: _10/22/97 include al_

Copies of newspaper pages ("tear sheets") or other proof of publication (affidavit of publication, invoices, electronic tearsheets) furnished by the newspaper for each of the 3 days.  The specific advertisement in the newspaper must be marked.  Documentation must clearly show the dates of publication.
A written, detailed Recruitment Report that is signed by the employer.  The written recruitment report must:
  ➢ Identify each recruitment source by name;
  ➢ State the name, address, and telephone number of each applicant;
  ➢ Provide all resumes or letters of interest/application received; and
  ➢ Explain the lawful job-related reason(s) for not hiring each U.S. worker.
  ➢ In addition, please include all correspondence sent to and from the applicant, such as copies of letters to which applicants failed to respond or mail returned as undeliverable; and
  ➢ If applicable, documentation that union and other recruitment sources were contacted and either unable to refer qualified applicants or non-responsive.

Failure to respond to the instructions provided in this letter will result in your case being closed by the Foreign Labor Certification Unit.  We will not forward incomplete H-2B applications to the NPC.

Sincerely,

**JUDY A. WADE**
Examiner/Advertising Specialist
**212-**~~621-0357~~
_775-330 2_       _* Corrections were made with_
_Recruitment Period + Reply Date_



**BOB DESTEFANO PRESENTS**

# DREAMLAND AMUSEMENTS

## YOUR TICKET TO FAMILY FUN

October 17, 2007

NYSDOL, #JAW325T—Advertising Number
P.O. Box 703
New York, New York 10014-0703

Dear Ms. Wade,

The recruitment period for the job order listed above has ended as of 10-14-07. The ad was run in "The Herald News-Panama City, FL." On October 5, 6 and 7th, 2007. Enclosed you will find tear sheets for the 3 days indicated. To my knowledge we had no applicants apply for the position listed.

I believe that this will end the recruitment period for Dreamland Amusements, however if there is anything else that you may need please feel free to contact us.

Respectfully,

Kathryn L. DeStefano

■ 4G Sunday, October 7, 2007                          The News Herald ■

## HELP WANTED 4100

**Construction/Trades**

**Exper Roofers**
Needed. 814-8485

---

**Healthcare/LPN/LVN**

**LPN (PT)**
needed on beach, great work environment. Apply in person @ 6012 Magnolia Beach Rd. See our Job Posting on emeraldcoastjobseast.com WebID#33957896



---

**Healthcare/Other**

• **Certified Dietary Manager**
• **Dietary Aide**
• **Housekeeping**

Competitive Salaries.
**GREAT PAY SCALE!!**
Excellent Benefit Package
& Shift Differential!
*Come See Why Our Employees Love To Come To Work!*

**Sea Breeze Healthcare**
*Please call*
Susan Sullivan, RN
850-769-7686
1937 Jenks Ave.
Panama City, FL 32405
EOE/DFWP

---

**Healthcare/Other**

**Community Health & Rehab**
Now Hiring 7am-3pm **HOUSEKEEPERS** and a **FLOOR TECH.** Serious inquiries only. **MUST PASS** Background Check and Drug Test. Apply in person, 3611 Transmitter Rd., Panama City, FL. No Phone Calls Please

---

**Healthcare/Other**

**Delphi Health-Care Partners, Inc.**

Delphi is seeking full-time, experienced administrative personnel to staff a start-up orthopedic practice that will serve Bay Medical Center in Panama City, FL.

**PRACTICE ADMINISTRATOR:**
Ideal candidate will have at least 5 years of hands-on experience managing an orthopedic or similar surgical practice. Experience with practice start-up helpful. Must have proven leadership skills and exposure to all facets of clinical and

---

## HELP WANTED 4100

**Drivers**

**Yellow Cab Drivers.** Must have prior local cab driving exper & permits or be able to obtain permits before 1st week. 763-4691 Morons need not apply.

---

**Healthcare/other**

**GlenCove Nursing Pavilion**
A 5 star rated Long term/Rehab facility is currently seeking the following:

★ **Director of Nursing** ★

This is a great opportunity for a Florida Licensed Registered Nurse to join our team. Must have great interpersonal skills, prior management experience in long term care, & team player attitude

**Full benefits,
Great Salary**
401K, vacation & sick
Free health insurance


GLENCOVE

Apply in person at:
1027 E. Bus. Hwy 98
Panama City or online
delfahealthgroup.com
EOE/F/M/D/V/
Drug Free



---

**Healthcare/Other**

**RN**
Weekend Supervisor
**$5,000 Sign-On-Bonus**

Competitive Salaries.
**GREAT PAY SCALE!!**
Excellent Benefit Package
& Shift Differential!
*Come See Why Our Employees Love To Come To Work!*

**Sea Breeze Healthcare**
*Please call*
Susan Sullivan, RN
850-769-7686
1937 Jenks Ave.
Panama City, FL 32405
EOE/DFWP

---

**Healthcare/RN**

**Great Fulltime Benefits!**

**Panama City**
*Chaplain- FT
(position end date 10/15)
Apply/Mail to:
107 W. 19th St
Panama City, FL 32405
Call 1-800-541-3072



---

## HELP WANTED 4100

**Healthcare/R**

**Comm Health &**
is looking for ing Positions:
**RN-Full**
11-7 (M-F or
**CNA-Ful**
7-3 or
Our benefits
flexible sched
Vacation tim
attendance
Sick leave. Cr
test required. g
information vise
3611 Transam in
No Phone Cale

---

**Healthcare/RN of**

**RN Super**ers,
Washington R
Nursing Cent
recruiting RN
sors for 3 to
to 7 Shifts. I
looking for a
and challengin
in Long-Term
competitive
benefits, join u
is changing t
scope of Lo
Care. Equal
ment employer.
be discussed
terview. Apply a
**WRNC**
879 Usery
Chipley, FL
850-368-4

See our job pos
emeraldcoastjobse
WebID#3385

---

**Healthcare/RN's**

**RN's/LPN/**
**PCT or Me**
**Assistan**
Min. 3 yrs exp.
patient care,
calls, & pape
Bust Physician's
Mon-Fri 8a-5pm.
lent benefits.
sume to 785-9220



---

**Healthcare/Social**


childre
home
sociate
OF FLORIDA **City**
is now
we com-
ssioned
**Residential** **pay** is
**Shift Leade** **Must**
A full-time positio
our Residential and
gram with the folks/ladder.
requirements: 7-5436

---

## HELP WANTED 4100

**Other**

**Carnival Amusement Attendant**
Dreamland Amusements, 55 positions open from 26- Dec- 07 to 9-Nov 08, starting in Panama City, FL moving to Avon Park, W. Palm Beach, Tampa, Ocala, then to St Mary's, GA, Chesapeake, Potomac, VA, New Brunswick, NJ, Yorktown Heights, NY, West Chester, PA, Levittown, Herricks, NY, Stamford, West Point, CT, Glen Grove, NY, Leonia NJ, Mt. Pocono, PA, Budd Lake, NJ, New Paltz, NY, New Haven, Bennington, Lynonville, VT, Lancaster, NH, Ledyard, CT, Massapequa, NY, Berlin, CT, Farmingdale, NY, Fort Bragg, NC, ending in Augusta, GA. Job entails a variety of duties at several amusement facility, maintain equipment, provide use of equipment to participants, and operate amusement concessions and/ or rides. Employee will work 38 hours per week. No experience necessary. Travel required. Salary $8.13/hr, $12.20/hr for overtime. Send resume to: NYS Dept of Labor, JAW325T, P.O. Box 703, New York, NY 10014.

See Our Job Posting On emeraldcoastjobseast.com WebID#33963996

---

**Other**

**Communications Operator**
Responsible technical office work in the operation of the Bay County Emergency Services communications (dispatch) system. One (1) year experience in communication or related area. 40 hour work week based on rotating 12 hour shifts.

**Applications & Information:**

Bay County Human Resources,
812 W. 11th Street,
Panama City, FL 32401;
850-784-4055;
www.co.bay.fl.us/bchr.
EOE/DFWP



■ **4D** Saturday, October 6, 2007

## HELP WANTED 4100

**Construction/Trades**

**Experienced Electricians** Wanted. Work in South Walton County. Drug Free Workplace. 850-862-7823

**Construction/Trades**

### Tig/Mig Welder
Certified, for pipe fabrication company. Excellent Benefit package. Drug-free work place.
Apply at:
6513 Bayline Dr.
Panama City, Fl. 32404
Or call 7634834

**Construction/Trades**

### Weldco
Accepting applications for Pipefitters, Welders, & Mechanics for Shut-down work at SSCC Panama City Mill. Apply in person at 2201 N. East Ave. 763-6415

**Construction/Trades**

### 60 Ton Hydraulic Crane Operator
Experience & Class A CDL License. Apply in person at Arc on Welding, 5319 Sunwood Rd., PC, FL.

See Our Job Posting on emeraldcoastjobseast.com WebID#33958735

**Construction/Trades**

**Electrician** Helper, Florida DL & Trans req. 850-625-3965

**Construction/Trades**

**Landscape Irrigation** Tech needed. Irrigation experience, valid FL DL. Drug Testing required. Call Averette Landscape, 784-4339 for more info.

**Construction/Trades**

**Site and Underground Superintendent.** DFWP. Salary DOE. 850-596-2795

**Construction/Trades.**

### Concrete Carpenters
Job loc'd at Navy Base in PCB. Must have valid DL & Social Security Card. Call 850-685-3448

See our job posting on emeraldcoastjobseast.com WebID#33958831

**Consultant Services**

### Leasing Consultant
Full time with benefits for a great property. Some property management experience helpful but not required. Must be a team

## HELP WANTED 4100

**Domestic**

**Exp. Caregiver**, from 7a Sat. until 7a Mon. Current FL DL, Pt. lifting req'd. Call 785-1251

**Drivers**

### Driver Trainees NEEDED
No CDL? No Problem! Earn up to $900/wk. Home weekends with TMC. Company endorsed CDL Training
1-866-280-5309

**Engineering**

### AUTOCAD TECHNICIAN
Readiness Management Support (RMS) is seeking an experienced AutoCAD Technician with a minimum of a two-year degree for its office located in Panama City, FL. Qualified candidates must have extensive experience with all MS Office applications (Excel, Word, PowerPoint, Outlook, and Access), Maximo, Primavera and other cost estimating and project management software.

Eight to ten years Department of Defense design experience with forward deployment and contingency planning and design experience to include layout of man camps; electricity, water, wastewater, and roads.

Minimum qualifications include 8-10 years diversified AutoCAD experience. A four-year degree is a plus.

This position requires a team player who has excellent interpersonal skills, is detail oriented with problem solving abilities. Accuracy, flexibility, and the ability to work independently are a must, as well as effective organizational and communication skills. Minimal travel may be required.

We offer competitive salaries and exciting growth opportunities. Interested individuals should submit their resume to: RMS, Attention: Human Resources, P. O. Box 15399, Panama City, FL 32406-5399. Fax (850) 522-4678. E-mail: Resume@rms-ic.com Deadline for accepting resumes is Thursday, October 18, 2007.

In subject line, please use: Reference Code:

## HELP WANT 4100

**Driver**

**Pump Truck D** Pay & Benefi CDL required. Septic Tank S Hwy 231. Workplace.

**Drivers**

### DRIV DELI
Class A or B HAZMAT another dorsement. A perior Propa Hwy 98.

See our job emeraldcoast WebID#

**Drivers**

### Driver
experience w/ HazMat Ex rience. Comp & benefits ( in person, 66

See Our Job emeraldcoas WebID#

**General**

**Instru Tr**
Join ou team and dreams c persons w ties! Idea needs to ble, patien tic and en lifting may Daytime s School i equivalent disabilities not requi able to ground s ord. EO workplaca Andrew 1804 Ce Lynn Hav Discove...



**Building I**

**Healthcar**

**M** Wa R Nurs Now see Dietary Long Te ence, promisin Competi efits pe

## HELP WANTED 4100

**Other**

## Body Shop Estimator
...dy shop estimator ...anted for an independ... ...tly owned and operated ...ollision shop in Bonifay. ...xperience in CCC Path... ...ays estimating system ...referred. Salary based on ...xperience. To setup in...rview call 850-547-3405 ...sk for Gordon

**Other**

## Cable TV Salespeople
Needed in Panama City GetGain Marketing is now ...hiring cable TV salespeo... ...le to do sales w/installs ...or the local cable com...pany. Commissioned ...based Avg pay is $1000-$1500/wk. Must ...have truck/ladd... ...office 866-247-5436

**Other**

## Carnival Amusement Attendant
Dreamland Amusements, 55 positions open from 26- Dec- 07 to 9-Nov 06, starting in Panama City, FL moving to Avon Park, W. Palm Beach, Tampa, Ocala, then to St Mary's, GA, Chesapeake, Potomac, VA, New Brunswick, NJ, Islip, Yorktown Heights, NY, West Chester, PA, Levittown, Hendricks, NY, Stamford, West Point, CT, Glen Grove, NY, Leonia NJ, Mt. Pocono, PA, Budd Lake, NJ, New Paltz, NY, New Haven, Bennington, Lyndonville, VT, Lancaster, NH, Ledyard, CT, Massapequa, NY, Berlin, CT, Farmingdale, NY, Fort Bragg, NC, ending in Augusta, GA. Job entails a variety of duties at traveling amusement facility, maintain equipment, provide use of equipment to participants, and operate amusement concessions and/ or rides. Employee will work 38 hours per week. No experience necessary. Travel required. Salary $8.13/hr, $12.20/hr for overtime. Send resume to: NYS Dept of Labor, JAW325T, P.O. Box 703, New York, NY 10014.

See Our Job Posting on emeraldcoastjobseast.com WebID#33958998

**Communications Operator**
Responsible technical of-...fice work in the operation

## HELP WANTED 4100

**Other**

## Fun Job!!!
Travel to Alaska, California, New York 1 Week Paid Training. Lodging/ Transportation provided. Cash Daily. Dynamic Work provided. Call Jessica
1-877-749-3794
9am-5pm EST

**Other**

## Laundry Attendant
Fresh Scent Laundry Looking for MATURE adult FT or PT, 2nd Shift. Apply in person: 1643 MLK Jr. Blvd. PC, FL.

**Other**

## Maintenance Director
needed for 120 bed skilled nursing center. Knowledge of state and federal life safety requirements preferred. Excellent work environment & benefits. Send resume to Fax # 850-2...-0538 or apply @ 2100 ...nks Ave., PC, FL

**Other**

## ...tc Asst./ ...ustomer ...reeter
Needed, ... exp necc. Will train for ...ssisting auto sales a... independent dealership ...salary + Comm. Ap...y in person at EJ's ...o World 5 B...5th St

**Other**

Oppor...ities for a NEW CA...EER. Apply: St...nley St...mer 3217 H...y 390, PC. Full time ...enefits. Will train. 21 ...ears plus. FL Drivers L... Drug Free.

**Other**

## Pool ...echnician
Pool Ch...micals, Automa...tion, Fi...rs, Pump, Maint & trou...eshooting , Re...pairs, ...asic plumbing, water ...ing. AFO a + Ex...celle... benefits E O...  / A A / D F W P. ww...eswateraquality.com st...ffing@ceswat e...ality.com fax to 561 ...5051

**Other**

**Production Assistant** Sun Signs $7/hr. No exp. nec'd. Mon-Fri 30+ hrs. 1814 High Ave. behind Empire China Buffet on Hwy. 98

■ The News Herald — C L A S S I F I — Friday, October 5, 20...

## HELP WANTED 4100

**General**

Sales Immediate opening must be Bi-lingual, excellent pay plan. See Jim at 200 W. 15th St.

**Healthcare/Other**

### Bay Walk-In Clinic

Searching for a
- Florida Licensed Physician FT
- Medical Receptionist FT/PT, P.C. location

Must have Med. exp.. Must be able to work Fridays!
to join our established Family Practice/Urgent Care practice. For more information please send CV to onelson @knology.net or mail to Bay Walk-In Clinic, Attn: Pam, 2306 Highway FL 32405 or call (850)-763-9744.

**Healthcare/Other**

### Community Health & Rehab

Now hiring 7am-3pm HOUSEKEEPERS and a FLOOR TECH. Serious inquiries only. MUST PASS Background Check and Drug Test. Apply in person, 3611 Transmitter Rd., Panama City, FL. No Phone Calls Please

**Healthcare/Other**

Five Physician Gastroenterology Group in the Panhandle of Florida is seeking a:

### P.A. or ARNP

Experience in Gastroenterology and/or Internal Medicine desirable. Must be personable, enthusiastic, and hard working. Florida State NCCPA and certified required. Competitive salary and benefits package. Interested applicants should send C.V. resume to:
**Digestive Disease Center, MD, PA**
204 E 19th St. Panama City, FL 32405
Fax 850-763-4072
See our Job Posting on emeraldcoastjobseast.com WebID#33988038

**Healthcare/other**

### GlenCove Nursing Pavilion

A 5 star rated Long term/Rehab facility is currently seeking the following:

★ **Director of Nursing** ★

This is a great opportunity for a Florida Li-

---

**Construction/Trades**

**Electrician** Helper, Florida DL & Trans req. 850-625-3965

**Healthcare/RNs**

### Community Health & Rehab

is looking for the following Positions:
**RN**-Fulltime
11-7 (M-F or weekends)
**CNA**-Fulltime
7-3 or 3-11
Our benefits includes flexible schedules, 401k Vacation time, Perfect attendance days, and Sick leave. Clean Drug test required. For more information visit us at: 3611 Transmitter Rd. No Phone Calls Please

**Healthcare/Support**

### Insurance Clerk

Busy medical office needs Insurance Clerk. Duties include electronic billing, Data entry, Posting checks, answering billing calls, etc. Prior experience required, F/T 8am-5pm M-F. Excellent benefits, Send resume to Personnel, PO Box 1770, Panama City, FL 32402
See our Job posting on emeraldcoastjobseast.com WebID#33958349

**Healthcare/Support**

### Medical Asst.

Min 3 years experience. Direct patient care. Phone calls & paper work. Busy Physician's office, M-F, 8-5pm. Excellent benefits. Fax resume to: 769-7002.
See Our Job Posting On emeraldcoastjobseast.com WebID#33958333

**Healthcare/Therapy**

### MASSAGE THERAPIST

EARN EXTRA MONEY!
Reputable, local business needs therapist for out-call Massage. 215-8222

**Healthcare/Therapy**

### Occupational Therapist/ Coder

120 bed-skilled nursing facility is seeking Qualified and experienced Candidate in Occupational Therapy Excellent benefits. Fax resume: 850-392-0000 or email jw@kaology.net.
See Our Job Posting On emeraldcoastjobseast.com WebID#33936960

**Hospitality/Tourism**

**House Cleaners Needed** immediately, 20 to 30 hrs/ wkly. Full benefits. Mileage reimbursement. No weekends or Nights.

---

**HR/Recruiting**

### Human Resource Director

Dynamic person with experience in HR to fill HR Director position in progressive & cutting edge Care & rehab facility. Fun environment w/great benefits. Please contact Gayle Scarborough @ 850-229-8244 fax 229-1042
See our Job posting on emeraldcoastjobseast.com WebID#33955777

**Insurance**

### 220 or 440 Agent

in office - No sales. Work comp exp. helpful. Fax resume to 747-4750.
See our Job posting on emeraldcoastjobseast.com WebID#33958119

**Management**

### Managers, Managers in Training, & Asst Managers

Tom Thumb Food Stores is currently accepting resumes or applications for Panama City, Panama City, Lynn Haven area, and Santa Rosa Beach.

We operate 128 stores locally and are proud to be a part of The Kroger Co who currently operates nearly 800 convenience stores throughout the country. We are looking for customer-oriented associates that possess great communication and problem solving skills.

We offer a competitive salary with an excellent opportunity for career advancement. Our extraordinary benefit package for full-time employees includes major medical, prescription, dental, life, tuition reimbursement and a 401(k) Retirement Savings Plan.

Pick up an application at any Tom Thumb location and forward to De Taylor either by fax or by visiting the stores shown below:

Tom Thumb #134
2301 W Hwy 390
Lynn Haven, FL 32444
Fax: (850) 265-4940
See Our Job Posting On emeraldcoastjobseast.com WebID#33957767

Tom Thumb #116
9595 Emerald Coast Pkwy. West
Destin, FL 32550
deanna.taylor@tomt.com

---

**Healthcare/Aide**

### Nurse Aide/Clerk

Medical Office Reception
Fax CV: 850-913-7391

**Maintenance Director**
(obscured text)

**Operations Management**

### Quality Control Manager

for Pipe Fabrication Company. CWA or CV... ASME secer VIII... plus - Great will... package. DFWP. A... 6513 Bayline Dr... 850-763-4834
See Our Job Posting emeraldcoastjobs... WebID#33957...

**Other**

### Leasing Consultant

FT for PCB Apt... Exp. preferred... exp a +. Great... apply in person... Harbor 501 Alf... Rd. 850-233-97... Drug Free Work
See our Job Posting emeraldcoastjobs... WebID#33959...

**Other**

### Membership Director

Commercial Collectors Association is... for someone to manage a growing member... in the Panama City area. Responsibilities include developing strategies and management of activities, recruit and retain members, events planning. Must be self motivated, have excellent communication, multi-tasking and organizational skills. Base salary + commission. Fax resume to 850-386-8322 or e-mail mpelham@absnorthflorida.com
See Our Job Posting On emeraldcoastjobseast.com WebID#33958488

**Other**

### Communications Operator

... office work in the operation of the Bay County Emergency Services communications (dispatch) system. One (1) year experience in communication or related area. 40 hour work week based on rotating 12 hour shifts.

Applications &
Information:

---

**Construction/Trades**

Site and Underground Superintendent. DFWP. Salary DOE. 850-596-2796

**Other**

### Cable TV Salespeople

Needed in Panama City
NetGain Marketing is now hiring cable TV salespeople to do sales w/installs for the local cable company. Commissioned based Avg pay is $1,000-$1500/wk. **Must have Experience and** ... have ...
850-247-54...

**Other**

### Carnival Amusement Attendant

Dreamland Amusements, 55 positions from 26- Dec- 07 to 9-Nov 08, starting in Panama City, FL moving to Avon Park, W. Palm Beach, Tampa, Ocala, then to St. Mary's, GA, Chesapeake, Potomac, VA, New Brunswick, NJ, Islip, Yorktown Heights, NY, West Chester, PA, Levittown, Herricks, NY, Stamford, West Point, CT, Glen Grove, NY, Leonia, NJ, Mt. Pocono, PA, Budd Lake, NJ, New Paltz, NY, New Haven, Bennington, Lyndonville, VT, Lancaster, NH, Ledyard, CT, Massapequa, NY, Berlin, CT, Farmingdale, NY, Fort Bragg, NC, ending in Augusta, GA. Job entails a variety of duties at traveling amusement facility, maintain equipment, provide use of equipment to participants, and operate amusement concessions and/ or rides. Employee will work 36 hours per week. No experience necessary. Travel required. Salary $6.13/hr, $12.20/hr for overtime. Send resume to: NYS Dept of Labor, JAW3257, PO. Box 703, New York, NY 10014.
See Our Job Posting On emeraldcoastjobseast.com WebID#33960898

---

**Other**



**Screen** Printing Shop, FT year round entry level positions. 215-2121. M-F 8am-5pm.

**Personal Care/Service**

### Sitter/Caretaker

exp w/ M.H. and seizures req. Call 763-9616 for appnt & bring refl.
See our Job posting on emeraldcoastjobseast.com WebID#33958425

**Project/Program Mgmt**

### Nakuuruq Solutions

a subsidiary of Qivliq, LLC is recruiting for:

### 3 Asst. Project Managers

at the Naval Surface Warfare Center, PC, FL

Must have experience with managing staff, contract compliance, reviewing RFQs and SOWs and be able to obtain DOD Security Clearance.

Apply online at:
www.qivliq.com
or mail resume to:
Nakuuruq Solutions, LLC
PO. Box 19615
PC Beach, FL 32417

**Real Estate/Mortgage**

### Broker & Realtors

Successful Real Estate office Seeking Exp Realtors. Our Company offers free buyer & seller leads, no desk fees, no franchise fee, paid advertising, paid MLS fees, paid E&O Insurance. For confidential interview call 527-2275

**Restaurant/Food Service**

### NOW HIRING BUSSERS

We offer Flexible Schedules, Excellent Training, Medical/Dental Disc Insurance, Meal Discounts, 401K Savings Plan & More

Must have excellent work history and verifiable references. To apply come visit us today at 237 W Hwy 77, across from Target EOE M/F/D/N.
www.olivegarden.com



---

**Other**

**Production A...**
Signs $7.7hr. N...
Mon-Fri 30 h...
High Ave. bet...
China Buffet on...

**Retail/Wholesale**

### BUY...

Readiness (RMS...
Support (RMS...
a Buyer for t...
cated in Panam...
Qualified cand...
be able to per...
the intermedia...
MS Office (...
(Excel, Word,...
Outlook, and A...

Job responsi...
clude demonstrat...
ing, negotiating...
and administ...
chase orders a...
tracts (includ...
control and cl...
supplies and s...
marily (though...
sively) equipm...
nance, office...
and administra...
services; and...
tics support in...
with contract...
RMS procurem...
and regulato...
ments.

Minimum qua...
clude three y...
current...
and a work...
of the FAR. ...
ence in con...
plies and ser...
elor's degree...
related field o...

This position...
team player ...
interpersona...
problem so...
who is acco...
able to wo...
entity, and h...
ganizational...
nication skill...

We offer co...
ries and a...
opportunit...
individuals...
their resum...
tention:...
sources, P...
Panama C...
5399. Fax...
E-mail:...

**Resume**
Deadline ...
sumes is ...
ber 18, 20...

In subject ...
Reference ...
Buyer ...

No reloc...

An EEO...
M/F/D/V...
Work Plac...

(Olive Garden logo)

# ADVERTISING WORKSHEET

**Advertising Number:** _JAW3251_    **Case Number:** _2007000432_

**Employer:** _Dreamland Amusements Inc_

**Alien Name:** _55 Unnamed alien_    **Job Title** _Amusement Attendant_

**Attorney/Agent:** _J & J Workforce Agency_    _Carnival_

| | |
|---|---|
| Date 10 day letter sent | _10_ / _03_ /2007 |
| Recruitment Period | _10_ / _03_ /2007 to _10_ / _18_ /2007 |
| | _Reply by 10/22_ |

**Draft Ad Received on:** _10_ / _03_ /2007        **Draft Approved on:** _10_ / _03_ /2007

**Affidavit Requested:** Yes ____ No _✓_        **Posting Required:** Yes ____ No ____

**Publication Recommended:** _The Herald News Panama City, FL_

| Number of Resumes Sent | Date Sent | | |
|---|---|---|---|
| | ____/____/2007 | | |
| | ____/____/2007 | | |
| | ____/____/2007 | | |

**Total Number of Responses to Ad:** _0_

**Employer's Report received on** _10_ / _22_ /2007 Re: Number of Applicants _0_

**Employer's Report received on** _10_ / _22_ /2007 Re: Number of Applicants _0_

## RECRUITMENT REPORT

**Ad appeared** (name of publication & dates) _The Herald News Panama City_

**Received:** Tearsheets on _10 22_ 2007;    Affidavit on ____/____/2007 _FL_

Posting on ____/____/2007;    Job Order # _ny08 31326_

Total Resumes Returned: _0_    Total applicants covered in report _0_    #Qualified Applicants _0_

**Case Closed on** _10/24/07_    **By** _Judy Wade_

TRANSACTION SUMMARY - NO COMMENTS

COMMAND:                    CASE NUMBER: 20070004340        FILING DATE: 09/26/2007
ALIEN NAME: 55 UNNAMED ALIENS              FIRST:                        TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC                      JUR: E

| TRANS DATE | | ACTION | NUMBER | EFF/DUE DATE | USER ID |
|---|---|---|---|---|---|
| 09/26/2007 | BKL | BACKLOG | | | USEJL |
| 09/28/2007 | INI | INITIAL CASE REVIEW | | | USAJAW |
| 09/28/2007 | PWF | PREV WAGE FINDING | | | USAJAW |
| 09/28/2007 | 45D | 45 DAY LETTER (CASE) | | 11/19/2007 | USAJAW |
| 09/28/2007 | ADN | AD NUMBER ASSIGNED | JAW325T | | USAJAW |
| 09/28/2007 | DRN | DRAFT-APP-NO CHANGE | | | USAJAW |
| 09/28/2007 | JOB | ORDER ENTERED | NY0831326 | | USAJAW |
| 09/28/2007 | ADS | TO ADVERTISING | | 10/26/2007 | USAJAW |
| 10/24/2007 | TRM | TEAR REVIEW-MATCH | | | USAJAW |
| 10/24/2007 | CAD | CLOSED ADVERTISING | | | USAJAW |
| 10/24/2007 | T/D | TO TRANSMITTAL DESK | | | USAJAW |

SCREEN PRINTED
PF3-MENU   PF6-W/COMMENTS   PF7-BACKWARD   PF8-FORWARD   PF10-PRINT   CLEAR-EXIT

*l. emp*

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

# APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT:  READ CAREFULLY BEFORE COMPLETING THIS FORM
PRINT legibly in ink or use a typewriter.  If you need more space to
answer questions in this form, use a separate sheet.  Identify each answer
with the number of the corresponding question.  SIGN AND DATE each
sheet in original signature.

To knowingly furnish any false information in the preparation of this form
and any supplement thereto or to aid, abet, or counsel another to do so is
a felony punishable by $10,000 fine or 5 years in the penitentiary, or both
(18 U.S.C. 1001)

PART A. OFFER OF EMPLOYMENT

| | |
|---|---|
| 1. Name of Alien    (Family name in capital letter, First, Middle, Maiden) **55 Unnamed Aliens** | |
| 2. Present Address of Alien    (Number, Street, City and Town, State ZIP code or Province, Country) **N/A** | 3. Type of Visa    (If in U.S.) **N/A** |

The following information is submitted as an offer of employment.

| | |
|---|---|
| 4. Name of Employer    (Full name of Organization) **Dreamland Amusements, Inc.** | 5. Telephone **(516) 901-2988** |

6. Address    (Number, Street, City and Town, State ZIP code)
**2 Olympia Lane, Stony Brook, NY 11790**

7. Address Where Alien Will Work    (if different from item 6)
**As per the attached itinerary.**

| 8. Nature of Employer's Business Activity **Traveling Carnival** | 9. Name of Job Title **Amusement Attendant Carnival [39-3091]** | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) **11:30 a.m. to 08:30 p.m.** | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic **38** | b. Overtime **0** | | a. Basic **$ 8.13** per Hour | b. Overtime **$ 12.20** per hour |

13. Describe Fully the job to be Performed    (Duties)
**Preforms variety of attending duties at amusement or recreation facility.  May schedule use of recreation facilities, maintain and provide equipment to participants of sporting events or recreational pursuits, or operate amusement concessions and rides.**

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School **0** | High School **0** | College **0** | College Degree Required    (specify) **N/A** Major Field of Study **N/A** | |
| TRAIN-ING | No. Yrs. **0** | No. Mos. **0** | | Type of Training **N/A** | **Travel with Carnival.** |
| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation    (specify) | |
| | Yrs **0** | Mos. **0** | Yrs. **0** | Mos. **0** | **N/A** |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor    ►►**Supervisor** | 17. Number of Employees Alien Will Supervise    ►►**0** |
|---|---|

◄ ENDORSEMENTS    (Make no entry in section - for Government use only)

| Date Forms Received | |
|---|---|
| L.O. | S.O. **SEP 2 6 2007** |
| R.O. | N.O. |
| Ind. Code **7999** | Occ. Code **3A2.663010** |

Occ. Title *Amusement Attken.*

*Ride operator*

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| 55 | 12/26/07 | 11/09/08 | N/A | c. City and State |
| | | | | N/A |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household ONLY) | | | | | | | |
|---|---|---|---|---|---|---|---|
| a. Description of Residence | | b. No. Persons residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | ("X" one) |
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | | Children | Ages | | ☐ YES  ☐ NO |
| | | | BOYS | | | | |
| | | | GIRLS | | | | |

21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. (Specify Sources of Recruitment by Name)

We spread the word of employment by word of mouth.  We are able to fill some temporary positions with local workers, but we have a chronic shortage of at least 40 to 50 positions that we are not able to fill.

22. Applications require various types of documentation.  Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

## 23. EMPLOYER CERTIFICATIONS

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the pre-vailing wage and I guarantee that, if a labor certi-fication is granted, the wage paid to the alien when the alien begins work will equal or exceed the pre-vailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discri-mination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupa-tional environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

## 24. DECLARATIONS

DECLARATION OF EMPLOYER ▶ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

| SIGNATURE  Kathryn L DeStefano | DATE  .08/08/07 |
|---|---|
| NAME (Type or Print)  Kathryn L. DeStefano | TITLE  President |

AUTHORIZATION OF AGENT OF EMPLOYER ▶ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.

| SIGNATURE OF EMPLOYER  Kathryn L DeStefano | DATE  08/08/07 |
|---|---|
| NAME OF AGENT (Type or Print)  JKJ Workforce, Tess Harrison, | ADDRESS OF AGENT (Number, Street, City, State, ZIP code)  32775 FM 106, Rio Honda, TX  78583 |



**JKJ Workforce**
**32775 FM 106**
**Rio Hondo, TX  78583**
Phone: 956-748-0550
Fax: 956-748-0553
Email: tess.harrison@yahoo.com

September 11, 2007

Workforce New York – Alien Employment Certification Office
New York State Dept. Of Labor
P.O. Box 703
New York, NY  10014-0703

Re: H2B Temporary Outdoors Entertainment Classification – Dreamland Amusements.

As per the current guidelines for filing of 39-3091 Carnival Workers we have attached:

- DOL FORM ETA 750A
- CARNIVAL ITINERARY AND PREVAILING WAGE SUMMARY
- COPIES OF OES/ONET FLA PREVAILING WAGE FOR THIS ITINERARY
- PROPOSED AD TO BE RUN IN THE NEWSPAPER LISTED BELOW.

It is our understanding that we need to run help wanted ads for 3 consecutive days in the local paper where employment is scheduled to begin. The local newspaper is the "The News Herald" located in Panama City , FL. Can you please fax us instructions on advertising so that we can start the 10-day recruitment period ASAP. We have attached a sample ad for your review and approval.

We have submitted OES/ONET wage printouts for each county that the tour is appearing in, as per the itinerary. The prevailing wage being offered in the application and the recruitment advertising meets or exceeds that highest prevailing wage as per the itinerary. Please fax the DOL Case Number to our offices at 1-866-522-4252 and as soon as the 10-day recruitment period has ended we will fax you copies of the advertising and the recruitment results.

We work hand-in-hand with several Carnival Companies in the "Outdoor Entertainment Industry", I also own my own Circus - Circus Chimera, JKJ Equipment Company (Eqpt. supplier), as well as this, JKJ Workforce. I have done this process for my own companies for many years, and am glad to assist other Business Associates that I know who are also in this same shortage of workers.  I am not a lawyer; I am assisting a Carnival Owner that I know well, and work with, in this filing of the paperwork. Many of them have tried using Lawyers, or other Agencies over the years, but knowing me, and being in the same Business has helped in dealing together with the Labor shortage, similar problems. Most of the Carnivals are on the road for the majority of the year traveling, I am fortunate to have a permanent Office, with a full staff, and we are able to accomplish much more than trying to do it traveling on the Road. Thus the reason that I am acting as Agent/Representative.

I trust that you will find the paperwork in order.  If you have any questions, need any clarification, or if I can be of any assistance, please do not hesitate to let me know.

Sincerely,

James K. Judkins, President
JKJ Workforce Agency, Inc.
By: Tess Harrison

```
                           CASE DETAIL  -  SCREEN 1
COMMAND:                   CASE NUMBER: 20030003870   FILING DATE: 01/15/2003
CASE STATUS: RETD ARCH    JUR: E   ENTERTN    PRIORITY: T   TEMPORARY
FILE LOCATION: REGIONAL      UNIT: C3    FROM: 03/25/2003   TO: 10/25/2003


EMPLOYER: DREAMLAND AMUSEMENTS INC


   D/B/A:
ADD-1: 2 OLYMPIA LANE                    ADD-2:
CITY: STONY BROOK         STATE: NY   ZIP CODE: 11790       COUNTRY:
WORK ADD1: 2 OLYMPIA LANE                ADD2:
CITY: STONY BROOK         STATE: NY   ZIP CODE: 11790


ALIEN SURNAME: SIXTEEN UNKNOWN ALIENS      FIRST:
        MIDDLE:                          PREFIX:


ATTORNEY/AGENT: ATTNY   FOR: E                 PHONE: 407-321-1134
FIRM NAME: JOE A NICHOLS P A LAW OFFICES


LAST NAME: NICHOLS                FIRST: JOE            MIDDLE: A
ADD-1: 1033 WEST 1ST STREET  SUITE B      ADD-2:
CITY: SANFORD             STATE: FL   ZIP CODE: 32771     COUNTRY:


        PF3-MENU      PF7-BACKWARD     PF8-FORWARD     PF10-PRINT
```

CASE DETAIL - SCREEN 2

COMMAND:                    CASE NUMBER: 20030003870   FILING DATE: 01/15/2003

EMPLOYER NAME: DREAMLAND AMUSEMENTS INC

EMP CONTACT LAST NAME: DESTEFANO              FIRST: BOB
PHONE: 516-901-2988                  NO. OF OPENINGS: 0016
EMPLOYER JOB TITLE: CARNIVAL LABORERS

ALIEN NAME: SIXTEEN UNKNOWN ALIENS      FIRST:
 ADD-1:                                  ADD-2:
 CITY:                  STATE:      ZIP CODE:
 ALIEN BIRTH COUNTRY:               DATE OF BIRTH:

    OFFICE NO: 0000    L.O. DATE:              S.O. DATE: 01/15/2003



          PF3-MENU     PF7-BACKWARD    PF8-FORWARD    PF10-PRINT

COMMAND:               CASE NUMBER: 20030003870    FILING DATE: 01/15/2003
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC
ALIEN NAME: SIXTEEN UNKNOWN ALIENS    FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS


DOT CODE: 969687010    SIC: 7999        SVP: 2    SVP DESC: > DEMO <=
DOT TITLE: CIRCUS LABORER
ALT TITLE:
JOB SALARY:    275.00    PAY UNIT: W    PREV WAGE:    250.00    PAY UNIT: W
PRV WAGE SOURCE: OABA BOB JOHNSON
PRV WAGE SURVEY DATE: 01/08/2003    LOCAL UNION WAGE:        PAY UNIT:

UNION INFO:


EMPLOYER FED ID NO.:            MSA:            AD NO:
SPECIAL HANDLING:               SCHEDULE B:     EXAMINER: USGSP
REDUCTION IN RECRUITMENT:       LAST TRANSACTION: R/O    L.T. DATE: 02/10/2003



        PF3-MENU       PF7-BACKWARD       PF8-FORWARD       PF10-PRINT

AD CASE DETAIL - SCREEN 4

```
COMMAND:              CASE NUMBER: 20030003870   FILING DATE: 01/15/2003
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC
ALIEN NAME: SIXTEEN UNKNOWN ALIENS      FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS

AD SPEC:              AD NO:                   JOB ORDER NO:

30 DAY RECRUIT PERIOD:         TO:              EXTEND TO:
AD DRAFT APPROVED:                        # RESUMES TO EMPLOYER:
45 DAY LETTERS SENT:


EMPLOYER REPORT RECD ON:


POSTING REVIEW                      TEARSHEETS REVIEW

AD SUMMARY
 # FOLLOW-UPS SENT:      # QUALIFIED WORKERS:      # POSS QUALIFIED:


        PF3-MENU      PF7-BACKWARD      PF8-FORWARD      PF10-PRINT
```

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:               CASE NUMBER: 20030003870      FILING DATE: 01/15/2003
ALIEN NAME: SIXTEEN UNKNOWN ALIENS          FIRST:                   TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC                        JUR: E
```

```
TRANS DATE          ACTION           NUMBER     EFF/DUE DATE      USER ID
01/15/2003    BKL  BACKLOG                                        BCDTLC
   COMMENTS:

01/16/2003    INI  INITIAL CASE REVIEW                           USGSP
   COMMENTS: 2A'S 2B'S G28 ITINIERY, DRAFT AD

01/16/2003    PWF  PREV WAGE FINDING                             USGSP
   COMMENTS: 250-325 OABA BOB JOHNSON 1/8/03

02/06/2003    T/D  TO TRANSMITTAL DESK                           USGSP
   COMMENTS:

02/10/2003    R/O  TO REGIONAL OFFICE                            USNJC
   COMMENTS:
```

```
PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT
```

TRANSACTION SUMMARY - WITH COMMENTS

COMMAND:                    CASE NUMBER: 20030003870        FILING DATE: 01/15/2003
ALIEN NAME: SIXTEEN UNKNOWN ALIENS            FIRST:                     TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC                          JUR: E

TRANS DATE          ACTION              NUMBER      EFF/DUE DATE      USER ID
02/10/2003    R/O  TO REGIONAL OFFICE                                 USNJC
   COMMENTS:

         NO MORE TRANSACTIONS FOR THIS CASE
PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

```
                         CASE DETAIL  -  SCREEN 1
COMMAND:              CASE NUMBER: 20030082080   FILING DATE: 12/15/2003
CASE STATUS: RETD ARCH      JUR: E  ENTERTN    PRIORITY: T  TEMPORARY
FILE LOCATION: REGIONAL       UNIT: C5   FROM: 02/20/2004  TO: 10/20/2004


EMPLOYER: DREAMLAND AMUSEMENTS INC


   D/B/A:
ADD-1: 2 OLYMPIA LANE                  ADD-2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790        COUNTRY:
WORK ADD1: 2 OLYMPIA LANE                  ADD2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790


ALIEN SURNAME: 30 UNKNOWN ALIENS          FIRST:
       MIDDLE:                     PREFIX:


ATTORNEY/AGENT: ATTNY   FOR: E              PHONE: 407-321-1134
FIRM NAME: LAW OFFICES OF JOE A NICHOLS PA


LAST NAME: NICHOLS ESQ           FIRST: JOE           MIDDLE: A
ADD-1: 1033 W FIRST STREET STE B        ADD-2:
CITY: SANFORD           STATE: FL   ZIP CODE: 32771     COUNTRY:


        PF3-MENU     PF7-BACKWARD     PF8-FORWARD     PF10-PRINT
```

CASE DETAIL  -  SCREEN 2

COMMAND:                CASE NUMBER: 20030082080   FILING DATE: 12/15/2003

EMPLOYER NAME: DREAMLAND AMUSEMENTS INC

EMP CONTACT LAST NAME: DESTEFANO              FIRST: BOB
PHONE: 516-901-2988                NO. OF OPENINGS: 0030
EMPLOYER JOB TITLE: CARNIVAL LABORERS

ALIEN NAME: 30 UNKNOWN ALIENS       FIRST:
 ADD-1:                             ADD-2:
 CITY:             STATE:      ZIP CODE:
 ALIEN BIRTH COUNTRY:          DATE OF BIRTH:

    OFFICE NO: 0000    L.O. DATE:              S.O. DATE: 12/15/2003




        PF3-MENU     PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

CASE DETAIL - SCREEN 3

COMMAND:                CASE NUMBER: 20030082080    FILING DATE: 12/15/2003
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC
ALIEN NAME: 30 UNKNOWN ALIENS          FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS

DOT CODE: 969687010      SIC: 7999        SVP: 2    SVP DESC: > DEMO <=
DOT TITLE: CIRCUS LABORER
ALT TITLE:
JOB SALARY:    250.00    PAY UNIT: W    PREV WAGE:    250.00    PAY UNIT: W
PRV WAGE SOURCE: OABA BOB JOHNSON
PRV WAGE SURVEY DATE: 11/24/2003    LOCAL UNION WAGE:          PAY UNIT:

UNION INFO:


EMPLOYER FED ID NO.:          MSA:              AD NO:
SPECIAL HANDLING:             SCHEDULE B:       EXAMINER: USGSP
REDUCTION IN RECRUITMENT: N    LAST TRANSACTION: R/O    L.T. DATE: 12/22/2003



            PF3-MENU      PF7-BACKWARD      PF8-FORWARD      PF10-PRINT

AD CASE DETAIL - SCREEN 4

COMMAND:                    CASE NUMBER: 20030082080    FILING DATE: 12/15/2003
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC
ALIEN NAME: 30 UNKNOWN ALIENS              FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS

AD SPEC:                    AD NO:                    JOB ORDER NO:

30 DAY RECRUIT PERIOD:              TO:              EXTEND TO:
AD DRAFT APPROVED:                               # RESUMES TO EMPLOYER:
45 DAY LETTERS SENT:


EMPLOYER REPORT RECD ON:


POSTING REVIEW                          TEARSHEETS REVIEW

AD SUMMARY
 # FOLLOW-UPS SENT:      # QUALIFIED WORKERS:      # POSS QUALIFIED:


        PF3-MENU    PF7-BACKWARD    PF8-FORWARD    PF10-PRINT

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:              CASE NUMBER: 20030082080      FILING DATE: 12/15/2003
ALIEN NAME: 30 UNKNOWN ALIENS             FIRST:                   TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC                    JUR: E
```

```
TRANS DATE           ACTION            NUMBER    EFF/DUE DATE    USER ID
12/16/2003    BKL  BACKLOG                                       BCDTLC
   COMMENTS:

12/18/2003    INI  INITIAL CASE REVIEW                          USGSP
   COMMENTS: 2A'S G28 AD ITINERARY

12/18/2003    PWF  PREV WAGE FINDING                            USGSP
   COMMENTS: 250 OABA BOB JOHNSON

12/18/2003    T/D  TO TRANSMITTAL DESK                          USGSP
   COMMENTS:

12/22/2003    R/O  TO REGIONAL OFFICE                           USEJL
   COMMENTS:
```

PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

TRANSACTION SUMMARY - WITH COMMENTS

COMMAND:                    CASE NUMBER: 20030082080        FILING DATE: 12/15/2003
ALIEN NAME: 30 UNKNOWN ALIENS                  FIRST:                     TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS INC                              JUR: E

TRANS DATE           ACTION              NUMBER    EFF/DUE DATE      USER ID
12/16/2003    BKL   BACKLOG                                          BCDTLC
   COMMENTS:

12/18/2003    INI   INITIAL CASE REVIEW                             USGSP
   COMMENTS: 2A'S G28 AD ITINERARY

12/18/2003    PWF   PREV WAGE FINDING                               USGSP
   COMMENTS: 250 OABA BOB JOHNSON

12/18/2003    T/D   TO TRANSMITTAL DESK                             USGSP
   COMMENTS:

12/22/2003    R/O   TO REGIONAL OFFICE                              USEJL
   COMMENTS:


PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

```
                       CASE DETAIL  -  SCREEN 1
COMMAND:              CASE NUMBER: 20040078320   FILING DATE: 09/13/2004
CASE STATUS: RETD ARCH    JUR: E   ENTERTN    PRIORITY: T   TEMPORARY
FILE LOCATION: REGIONAL      UNIT: C5    FROM: 01/05/2004   TO: 11/01/2005


EMPLOYER: DREAMLAND AMUSEMENTS

   D/B/A:
ADD-1: 2 OLYMPIA LANE                      ADD-2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790       COUNTRY:
WORK ADD1: VARIOUS SITES                   ADD2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790

ALIEN SURNAME: 30 ALIENS                 FIRST:
       MIDDLE:                           PREFIX:

ATTORNEY/AGENT: ATTNY   FOR: B                    PHONE: 407-321-1134
FIRM NAME: JOE A NICHOLS ESQ

LAST NAME: NICHOLS                 FIRST: JOE            MIDDLE: A
ADD-1: 1033 W FIRST STREET SUITE B       ADD-2:
CITY: SANFORD            STATE: FL   ZIP CODE: 32771      COUNTRY:

          PF3-MENU     PF7-BACKWARD    PF8-FORWARD    PF10-PRINT
```

```
                         CASE DETAIL  -  SCREEN 2

COMMAND:                 CASE NUMBER: 20040078320    FILING DATE: 09/13/2004

EMPLOYER NAME: DREAMLAND AMUSEMENTS

EMP CONTACT LAST NAME: DESTEFANO                FIRST: BOB
PHONE: 516-901-2988                    NO. OF OPENINGS: 0030
EMPLOYER JOB TITLE: CARNIVAL LABORERS

ALIEN NAME: 30 ALIENS                    FIRST:
 ADD-1:                                    ADD-2:
 CITY:                   STATE:          ZIP CODE:
 ALIEN BIRTH COUNTRY:                    DATE OF BIRTH:

     OFFICE NO: 0000     L.O. DATE:                S.O. DATE: 09/13/2004




          PF3-MENU      PF7-BACKWARD     PF8-FORWARD     PF10-PRINT
```

CASE DETAIL  -  SCREEN 3

COMMAND:                  CASE NUMBER: 20040078320    FILING DATE: 09/13/2004
EMPLOYER NAME: DREAMLAND AMUSEMENTS
ALIEN NAME: 30 ALIENS                  FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS

DOT CODE: 969687010      SIC: 7999       SVP: 2     SVP DESC: > DEMO <=
DOT TITLE: CIRCUS LABORER
ALT TITLE:
JOB SALARY:    300.00    PAY UNIT: W    PREV WAGE:    275.00    PAY UNIT: W
PRV WAGE SOURCE: OABA BOB JOHNSON
PRV WAGE SURVEY DATE: 07/30/2004    LOCAL UNION WAGE:   ·        PAY UNIT:

UNION INFO:


EMPLOYER FED ID NO.:            MSA:             AD NO:
SPECIAL HANDLING:               SCHEDULE B:      EXAMINER: USGSP
REDUCTION IN RECRUITMENT: N    LAST TRANSACTION: R/O   L.T. DATE: 09/15/2004



          PF3-MENU     PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

```
                         AD CASE DETAIL - SCREEN 4


COMMAND:              CASE NUMBER: 20040078320    FILING DATE: 09/13/2004
EMPLOYER NAME: DREAMLAND AMUSEMENTS
ALIEN NAME: 30 ALIENS                    FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS


AD SPEC:                AD NO:                 JOB ORDER NO:


30 DAY RECRUIT PERIOD:            TO:            EXTEND TO:
AD DRAFT APPROVED:                           # RESUMES TO EMPLOYER:
45 DAY LETTERS SENT:



EMPLOYER REPORT RECD ON:



POSTING REVIEW                     TEARSHEETS REVIEW

AD SUMMARY
  # FOLLOW-UPS SENT:      # QUALIFIED WORKERS:       # POSS QUALIFIED:



        PF3-MENU     PF7-BACKWARD     PF8-FORWARD     PF10-PRINT
```

TRANSACTION SUMMARY - WITH COMMENTS

COMMAND:              CASE NUMBER: 20040078320      FILING DATE: 09/13/2004
ALIEN NAME: 30 ALIENS                    FIRST:                    TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS                      JUR: E

TRANS DATE           ACTION              NUMBER    EFF/DUE DATE    USER ID
09/14/2004   BKL  BACKLOG                                          USGSP
   COMMENTS:

09/14/2004   INI  INITIAL CASE REVIEW                              USGSP
   COMMENTS: 2A'S AD ITINERARY

09/14/2004   PWF  PREV WAGE FINDING                                USGSP
   COMMENTS: 275-325 OABA BOB JOHNSON 07/30/04

09/14/2004   T/D  TO TRANSMITTAL DESK                              USGSP
   COMMENTS:

09/15/2004   R/O  TO REGIONAL OFFICE                               USEJL
   COMMENTS:


PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

```
                      CASE DETAIL  -  SCREEN 1
COMMAND:            CASE NUMBER: 20050036260   FILING DATE: 11/15/2005
CASE STATUS: RETD ARCH     JUR: E   ENTERTN    PRIORITY: T   TEMPORARY
FILE LOCATION: REGIONAL       UNIT: C5   FROM: 01/05/2006  TO: 11/01/2006


EMPLOYER: DREAMLAND AMUSEMENTS

   D/B/A:
ADD-1: 2 OLYMPIA LANE                    ADD-2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790        COUNTRY:
WORK ADD1: TRAVELING CARNIVAL ON US TOUR      ADD2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790

ALIEN SURNAME: 40 UNNAMED ALIENS           FIRST:
        MIDDLE:                          PREFIX:

ATTORNEY/AGENT: ATTNY   FOR: B                PHONE: 407-321-1134
FIRM NAME: LAW OFFICE OF JOE A NICHOLS PA

LAST NAME: NICHOLS                 FIRST: JOE            MIDDLE: A
ADD-1: 1033 WEST FIRST STREET STE B       ADD-2:
CITY: SANFORD           STATE: FL   ZIP CODE: 32771     COUNTRY:

        PF3-MENU     PF7-BACKWARD    PF8-FORWARD    PF10-PRINT
```

CASE DETAIL  -  SCREEN 2

COMMAND:                    CASE NUMBER: 20050036260    FILING DATE: 11/15/2005

EMPLOYER NAME: DREAMLAND AMUSEMENTS

EMP CONTACT LAST NAME: DESTEFANO                   FIRST: BOB
PHONE: 516-901-2988                  NO. OF OPENINGS: 0040
EMPLOYER JOB TITLE: CARNIVAL LABORERS

ALIEN NAME: 40 UNNAMED ALIENS           FIRST:
 ADD-1:                                  ADD-2:
 CITY:                 STATE:       ZIP CODE:
 ALIEN BIRTH COUNTRY:                DATE OF BIRTH:

     OFFICE NO: 0000    L.O. DATE:               S.O. DATE: 11/15/2005



          PF3-MENU     PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

CASE DETAIL  -  SCREEN 3

COMMAND:              CASE NUMBER: 20050036260    FILING DATE: 11/15/2005
EMPLOYER NAME: DREAMLAND AMUSEMENTS
ALIEN NAME: 40 UNNAMED ALIENS          FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS

DOT CODE: 969687010      SIC: 7999      SVP: 2    SVP DESC: > DEMO <=
DOT TITLE: CIRCUS LABORER
ALT TITLE:
JOB SALARY:    310.80   PAY UNIT: W    PREV WAGE:    305.60   PAY UNIT: W
PRV WAGE SOURCE: OES/ONET AMUSE REC ATT 39-3091.00 LEVEL 1 250002 GR BARR MAS
PRV WAGE SURVEY DATE: 01/01/2005   LOCAL UNION WAGE:          PAY UNIT:

UNION INFO:


EMPLOYER FED ID NO.:           MSA:               AD NO: GM#30T
SPECIAL HANDLING:              SCHEDULE B:        EXAMINER: USDSEM
REDUCTION IN RECRUITMENT: N    LAST TRANSACTION: R/O   L.T. DATE: 12/14/2005



        PF3-MENU     PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

AD CASE DETAIL - SCREEN 4

COMMAND:                    CASE NUMBER: 20050036260    FILING DATE: 11/15/2005
EMPLOYER NAME: DREAMLAND AMUSEMENTS
ALIEN NAME: 40 UNNAMED ALIENS          FIRST:
EMPLOYER JOB TITLE: CARNIVAL LABORERS

AD SPEC: USDSEM          AD NO: GM#30T          JOB ORDER NO: NY0677059

30 DAY RECRUIT PERIOD: 11/29/2005  TO: 12/29/2005   EXTEND TO:
AD DRAFT APPROVED: 11/22/2005   CHANGE          # RESUMES TO EMPLOYER:   0
45 DAY LETTERS SENT:


EMPLOYER REPORT RECD ON:
                                            000            000

POSTING REVIEW                    TEARSHEETS REVIEW   12/13/2005   MATCH

AD SUMMARY
 # FOLLOW-UPS SENT:     # QUALIFIED WORKERS:   0   # POSS QUALIFIED:   0


        PF3-MENU      PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:              CASE NUMBER: 20050036260        FILING DATE: 11/15/2005
ALIEN NAME: 40 UNNAMED ALIENS                FIRST:              TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS                        JUR: E


TRANS DATE           ACTION              NUMBER    EFF/DUE DATE     USER ID
11/16/2005    BKL  BACKLOG                                          USEJL
    COMMENTS:


11/22/2005    INI  INITIAL CASE REVIEW                              USDSEM
    COMMENTS: G28-A-ITINERARY-AD DRAFT


11/22/2005    PWF  PREV WAGE FINDING                                USDSEM
    COMMENTS: OES/ONET


11/22/2005    ADS  TO ADVERTISING                  12/20/2005       USDSEM
    COMMENTS:


11/22/2005    ADN  AD NUMBER ASSIGNED   GM#30T                      USDSEM
    COMMENTS:



PF3-MENU   PF6-NO COMMENTS   PF7-BACKWARD   PF8-FORWARD   PF10-PRINT   CLEAR-EXIT
```

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:                    CASE NUMBER: 20050036260      FILING DATE: 11/15/2005
ALIEN NAME: 40 UNNAMED ALIENS              FIRST:                      TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS                             JUR: E
```

| TRANS DATE | | ACTION | NUMBER | EFF/DUE DATE | USER ID |
|------------|------|---------------------|-----------|------------|--------|
| 11/22/2005 | ADN | AD NUMBER ASSIGNED | GM#30T | | USDSEM |
| COMMENTS: | | | | | |
| 11/22/2005 | 30D | 30DAY RECRUIT BEGIN | | 12/29/2005 | USDSEM |
| COMMENTS: | | | | | |
| 11/22/2005 | DRC | DRAFT-APP-CHANGES | | | USDSEM |
| COMMENTS: | | | | | |
| 11/22/2005 | JOB | ORDER ENTERED | NY0677059 | | USDSEM |
| COMMENTS: | | | | | |
| 12/13/2005 | TRM | TEAR REVIEW-MATCH | | | USDSEM |
| COMMENTS: | | | | | |

PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

TRANSACTION SUMMARY - WITH COMMENTS

COMMAND:                    CASE NUMBER: 20050036260        FILING DATE: 11/15/2005
ALIEN NAME: 40 UNNAMED ALIENS                    FIRST:                      TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS                            JUR: E

TRANS DATE            ACTION              NUMBER      EFF/DUE DATE      USER ID
12/13/2005    TRM   TEAR REVIEW-MATCH                                  USDSEM
   COMMENTS:

12/13/2005    CAD   CLOSED ADVERTISING                                 USDSEM
   COMMENTS:

12/13/2005    T/D   TO TRANSMITTAL DESK                                USDSEM
   COMMENTS:

12/14/2005    R/O   TO REGIONAL OFFICE                                 USEJL
   COMMENTS:




        NO MORE TRANSACTIONS FOR THIS CASE
PF3-MENU   PF6-NO COMMENTS   PF7-BACKWARD   PF8-FORWARD   PF10-PRINT   CLEAR-EXIT

TRANSACTION SUMMARY - WITH COMMENTS

COMMAND:                          CASE NUMBER: 20050036260        FILING DATE: 11/15/2005
ALIEN NAME: 40 UNNAMED ALIENS                   FIRST:                         TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS                                    JUR: E

| TRANS DATE | | ACTION | NUMBER | EFF/DUE DATE | USER ID |
|---|---|---|---|---|---|
| 12/13/2005 | TRM | TEAR REVIEW-MATCH | | | USDSEM |
| COMMENTS: | | | | | |
| 12/13/2005 | CAD | CLOSED ADVERTISING | | | USDSEM |
| COMMENTS: | | | | | |
| 12/13/2005 | T/D | TO TRANSMITTAL DESK | | | USDSEM |
| COMMENTS: | | | | | |
| 12/14/2005 | R/O | TO REGIONAL OFFICE | | | USEJL |
| COMMENTS: | | | | | |

        NO MORE TRANSACTIONS FOR THIS CASE
PF3-MENU   PF6-NO COMMENTS   PF7-BACKWARD   PF8-FORWARD   PF10-PRINT   CLEAR-EXIT

```
                      CASE DETAIL  -  SCREEN 1
COMMAND:                  CASE NUMBER: 20060002710   FILING DATE: 09/27/2006
CASE STATUS: RETD ARCH     JUR: E   ENTERTN    PRIORITY: T   TEMPORARY
FILE LOCATION: REGIONAL      UNIT: C5    FROM: 01/17/2007   TO: 11/06/2007


EMPLOYER: DREAMLAND AMUSEMENT INC

   D/B/A:
ADD-1: 2 OLYMPIA LANE                    ADD-2:
CITY: STONEY BROOK      STATE: NY   ZIP CODE: 11790       COUNTRY:
WORK ADD1: 2 OLYMPIA LANE                 ADD2:
CITY: STONEY BROOK      STATE: NY   ZIP CODE: 11790

ALIEN SURNAME: 45 UNNAMED ALIENS          FIRST:
        MIDDLE:                           PREFIX:

ATTORNEY/AGENT: ATTNY   FOR: E                 PHONE: 941-504-2324
FIRM NAME: MALCOLM SEHEULT

LAST NAME: SEHEULT                  FIRST: MALCOLM          MIDDLE:
ADD-1: 15210 WATERLINE ROAD              ADD-2:
CITY: BRADENTON        STATE: FL   ZIP CODE: 34212       COUNTRY:

        PF3-MENU     PF7-BACKWARD     PF8-FORWARD    PF10-PRINT
```

CASE DETAIL  -  SCREEN 2

COMMAND:                 CASE NUMBER: 20060002710    FILING DATE: 09/27/2006

EMPLOYER NAME: DREAMLAND AMUSEMENT INC

EMP CONTACT LAST NAME: DESTEFANO                    FIRST: BOB
PHONE: 866-666-3247              NO. OF OPENINGS: 0045
EMPLOYER JOB TITLE: RIDE OPERATOR

ALIEN NAME: 45 UNNAMED ALIENS        FIRST:
 ADD-1:                                ADD-2:
 CITY:                 STATE:      ZIP CODE:
 ALIEN BIRTH COUNTRY:             DATE OF BIRTH:

     OFFICE NO: 0000    L.O. DATE:              S.O. DATE: 09/27/2006




        PF3-MENU      PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

CASE DETAIL  -  SCREEN 3

COMMAND:              CASE NUMBER: 20060002710   FILING DATE: 09/27/2006
EMPLOYER NAME: DREAMLAND AMUSEMENT INC
ALIEN NAME: 45 UNNAMED ALIENS            FIRST:
EMPLOYER JOB TITLE: RIDE OPERATOR


DOT CODE: 342663010      SIC: 7999      SVP: 3    SVP DESC: > 30 DAYS
DOT TITLE: RIDE OPERATOR
ALT TITLE:
JOB SALARY:    8.61   PAY UNIT: H    PREV WAGE:    8.61   PAY UNIT: H
PRV WAGE SOURCE: OES 39-3091 AMUSEMENT/REC ATTEND LEV 1 75700 NEW HAVEN CT
PRV WAGE SURVEY DATE: 07/01/2006   LOCAL UNION WAGE:          PAY UNIT:


UNION INFO:


EMPLOYER FED ID NO.:         MSA:              AD NO: GH# 231T
SPECIAL HANDLING:            SCHEDULE B:       EXAMINER: USBGH
REDUCTION IN RECRUITMENT:    LAST TRANSACTION: R/O  L.T. DATE: 10/30/2006



        PF3-MENU      PF7-BACKWARD      PF8-FORWARD      PF10-PRINT

AD CASE DETAIL - SCREEN 4

COMMAND:              CASE NUMBER: 20060002710   FILING DATE: 09/27/2006
EMPLOYER NAME: DREAMLAND AMUSEMENT INC
ALIEN NAME: 45 UNNAMED ALIENS          FIRST:
EMPLOYER JOB TITLE: RIDE OPERATOR

AD SPEC: USBGH         AD NO: GH# 231T      JOB ORDER NO: NY0742753

30 DAY RECRUIT PERIOD: 10/17/2006   TO: 11/16/2006   EXTEND TO:
AD DRAFT APPROVED: 10/10/2006   CHANGE        # RESUMES TO EMPLOYER:
45 DAY LETTERS SENT:


EMPLOYER REPORT RECD ON:


POSTING REVIEW                 TEARSHEETS REVIEW    10/27/2006   MATCH

AD SUMMARY
 # FOLLOW-UPS SENT:     # QUALIFIED WORKERS:   0   # POSS QUALIFIED:   0


        PF3-MENU    PF7-BACKWARD    PF8-FORWARD    PF10-PRINT

TRANSACTION SUMMARY - WITH COMMENTS

COMMAND:                          CASE NUMBER: 20060002710          FILING DATE: 09/27/2006
ALIEN NAME: 45 UNNAMED ALIENS                    FIRST:                           TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENT INC                                    JUR: E

| TRANS DATE | | ACTION | NUMBER | EFF/DUE DATE | USER ID |
|---|---|---|---|---|---|
| 09/27/2006 | BKL | BACKLOG | | | USEJL |
| COMMENTS: | | | | | |
| 10/10/2006 | INI | INITIAL CASE REVIEW | | | USBGH |
| COMMENTS: | | | | | |
| 10/10/2006 | PWF | PREV WAGE FINDING | | | USBGH |
| COMMENTS: | | | | | |
| 10/10/2006 | ADS | TO ADVERTISING | | 11/07/2006 | USBGH |
| COMMENTS: | | | | | |
| 10/10/2006 | ADN | AD NUMBER ASSIGNED | GH# 231T | | USBGH |
| COMMENTS: | | | | | |

PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:              CASE NUMBER: 20060002710       FILING DATE: 09/27/2006
ALIEN NAME: 45 UNNAMED ALIENS            FIRST:              TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENT INC                    JUR: E


TRANS DATE           ACTION           NUMBER     EFF/DUE DATE     USER ID
10/10/2006    ADN  AD NUMBER ASSIGNED  GH# 231T                    USBGH
     COMMENTS:


10/10/2006    30D  30DAY RECRUIT BEGIN             11/16/2006      USBGH
     COMMENTS: 10 DAY TEMP LETTER


10/10/2006    DRC  DRAFT-APP-CHANGES                               USBGH
     COMMENTS:


10/10/2006    JOB  ORDER ENTERED       NY0742753                   USBGH
     COMMENTS:


10/27/2006    TRM  TEAR REVIEW-MATCH                               USBGH
     COMMENTS:



PF3-MENU   PF6-NO COMMENTS   PF7-BACKWARD   PF8-FORWARD   PF10-PRINT   CLEAR-EXIT
```

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:                    CASE NUMBER: 20060002710        FILING DATE: 09/27/2006
ALIEN NAME: 45 UNNAMED ALIENS                FIRST:                    TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENT INC                            JUR: E

TRANS DATE          ACTION              NUMBER    EFF/DUE DATE    USER ID
10/27/2006    TRM   TEAR REVIEW-MATCH                             USBGH
   COMMENTS:

10/27/2006    CAD   CLOSED ADVERTISING                           USBGH
   COMMENTS:

10/27/2006    T/D   TO TRANSMITTAL DESK                          USBGH
   COMMENTS: NO RESPONSE TO ADS. NO AVAILABILITY.

10/30/2006    R/O   TO REGIONAL OFFICE                           USEJL
   COMMENTS:
```

```
       NO MORE TRANSACTIONS FOR THIS CASE
PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT
```

```
                      CASE DETAIL   -  SCREEN 1
COMMAND:                    CASE NUMBER: 20070004340    FILING DATE: 09/26/2007
CASE STATUS: RETD ARCH      JUR: E   ENTERTN    PRIORITY: T   TEMPORARY
FILE LOCATION: REGIONAL       UNIT: C5    FROM: 12/26/2007   TO: 11/09/2008


EMPLOYER: DREAMLAND AMUSEMENTS, INC

   D/B/A:
ADD-1: 2 OLYMPIA LANE                      ADD-2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790       COUNTRY:
WORK ADD1: 2 OLYMPIA LANE                    ADD2:
CITY: STONY BROOK        STATE: NY   ZIP CODE: 11790

ALIEN SURNAME: 55 UNNAMED ALIENS           FIRST:
        MIDDLE:                            PREFIX:

ATTORNEY/AGENT: AGENT   FOR: B                    PHONE: 956-748-0550
FIRM NAME: JKJ WORKFORCE AGENCY, INC

LAST NAME: JUDKINS               FIRST: JAMES            MIDDLE: K
ADD-1: 32775 FM 106              ADD-2:
CITY: RIO  HONDO        STATE: TX   ZIP CODE: 78583       COUNTRY:

        PF3-MENU    PF7-BACKWARD    PF8-FORWARD    PF10-PRINT
```

CASE DETAIL  -  SCREEN 2

COMMAND:                    CASE NUMBER: 20070004340   FILING DATE: 09/26/2007

EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC

EMP CONTACT LAST NAME: DESTEFANO                  FIRST: KATHRYN
PHONE: 516-901-2988                  NO. OF OPENINGS: 0055
EMPLOYER JOB TITLE: AMUSEMENT ATTENDANT CARNIVAL

ALIEN NAME: 55 UNNAMED ALIENS           FIRST:
 ADD-1:                                    ADD-2:
 CITY:                  STATE:       ZIP CODE:
 ALIEN BIRTH COUNTRY:            DATE OF BIRTH:

       OFFICE NO: 0000    L.O. DATE:              S.O. DATE: 09/26/2007



             PF3-MENU      PF7-BACKWARD     PF8-FORWARD     PF10-PRINT

CASE DETAIL  -  SCREEN 3

COMMAND:                 CASE NUMBER: 20070004340    FILING DATE: 09/26/2007
EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC
ALIEN NAME: 55 UNNAMED ALIENS          FIRST:
EMPLOYER JOB TITLE: AMUSEMENT ATTENDANT CARNIVAL


DOT CODE: 342663010     SIC: 7999        SVP: 3    SVP DESC: > 30 DAYS
DOT TITLE: RIDE OPERATOR
ALT TITLE:
JOB SALARY:     8.13    PAY UNIT: H    PREV WAGE:     8.13    PAY UNIT: H
PRV WAGE SOURCE: OES-71950,BRIDGE,STAMFORD-NORWAL,CT,39-3091,AMUSE,REC ATTEND
PRV WAGE SURVEY DATE: 07/16/2007    LOCAL UNION WAGE:          PAY UNIT:


UNION INFO:


EMPLOYER FED ID NO.:           MSA:                AD NO: JAW325T
SPECIAL HANDLING:              SCHEDULE B:         EXAMINER: USAJAW
REDUCTION IN RECRUITMENT:      LAST TRANSACTION: R/O   L.T. DATE: 10/24/2007



          PF3-MENU    PF7-BACKWARD    PF8-FORWARD    PF10-PRINT

AD CASE DETAIL - SCREEN 4

COMMAND:                   CASE NUMBER: 20070004340    FILING DATE: 09/26/2007
EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC
ALIEN NAME: 55 UNNAMED ALIENS              FIRST:
EMPLOYER JOB TITLE: AMUSEMENT ATTENDANT CARNIVAL

AD SPEC: USAJAW          AD NO: JAW325T        JOB ORDER NO: NY0831326

30 DAY RECRUIT PERIOD:            TO:            EXTEND TO:
AD DRAFT APPROVED: 09/28/2007   NO CHG      # RESUMES TO EMPLOYER:
45 DAY LETTERS SENT:


EMPLOYER REPORT RECD ON: 10/22/2007    RE 0    APPLICANTS WITH 0     RESUMES;
            0              0                    0           0

POSTING REVIEW                     TEARSHEETS REVIEW    10/24/2007    MATCH

AD SUMMARY
  # FOLLOW-UPS SENT:      # QUALIFIED WORKERS:   0   # POSS QUALIFIED:    0


         PF3-MENU      PF7-BACKWARD     PF8-FORWARD      PF10-PRINT

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:                 CASE NUMBER: 20070004340      FILING DATE: 09/26/2007
ALIEN NAME: 55 UNNAMED ALIENS             FIRST:                 TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC                   JUR: E


TRANS DATE          ACTION          NUMBER     EFF/DUE DATE     USER ID
09/26/2007    BKL  BACKLOG                                      USEJL
   COMMENTS:

09/28/2007    INI  INITIAL CASE REVIEW                          USAJAW
   COMMENTS:

09/28/2007    PWF  PREV WAGE FINDING                            USAJAW
   COMMENTS:

09/28/2007    45D  45 DAY LETTER (CASE)            11/19/2007   USAJAW
   COMMENTS: TEMP H2B

09/28/2007    ADN  AD NUMBER ASSIGNED   JAW325T                 USAJAW
   COMMENTS:



PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT
```

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:                CASE NUMBER: 20070004340        FILING DATE: 09/26/2007
ALIEN NAME: 55 UNNAMED ALIENS              FIRST:                    TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC                        JUR: E
```

| TRANS DATE | | ACTION | NUMBER | EFF/DUE DATE | USER ID |
|---|---|---|---|---|---|
| 09/28/2007 | ADN | AD NUMBER ASSIGNED | JAW325T | | USAJAW |
| COMMENTS: | | | | | |
| 09/28/2007 | DRN | DRAFT-APP-NO CHANGE | | | USAJAW |
| COMMENTS: | | | | | |
| 09/28/2007 | JOB | ORDER ENTERED | NY0831326 | | USAJAW |
| COMMENTS: | | | | | |
| 09/28/2007 | ADS | TO ADVERTISING | | 10/26/2007 | USAJAW |
| COMMENTS: | | | | | |
| 10/24/2007 | TRM | TEAR REVIEW-MATCH | | | USAJAW |
| COMMENTS: | | | | | |

PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT

TRANSACTION SUMMARY - WITH COMMENTS

```
COMMAND:                 CASE NUMBER: 20070004340      FILING DATE: 09/26/2007
ALIEN NAME: 55 UNNAMED ALIENS              FIRST:                    TEMPORARY
EMPLOYER NAME: DREAMLAND AMUSEMENTS, INC                      JUR: E


TRANS DATE          ACTION          NUMBER     EFF/DUE DATE     USER ID
10/24/2007   TRM  TEAR REVIEW-MATCH                             USAJAW
     COMMENTS:


10/24/2007   CAD  CLOSED ADVERTISING                           USAJAW
     COMMENTS: NO AVAILABILITY-3 ORIG TEARSHEETS, PAYROLL RECORDS, TEMP JOBS,
SALARY THE STATE WITH HIFHEST WAGE GIVEN CONN.
10/24/2007    T/D  TO TRANSMITTAL DESK                         USAJAW
     COMMENTS:


10/24/2007   R/O  TO REGIONAL OFFICE                           USEJL
     COMMENTS:
```




          NO MORE TRANSACTIONS FOR THIS CASE
PF3-MENU  PF6-NO COMMENTS  PF7-BACKWARD  PF8-FORWARD  PF10-PRINT  CLEAR-EXIT