UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DREAMLAND AMUSEMENTS, INC.,

                Plaintiff(s),

     -against-

ANDREW M. CUOMO, Attorney General of the
State of New York,
                Defendant(s),
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

08 civ 6321 (JGK)

**ORDER**

      A motion to dismiss was filed on August 6, 2008.

      The plaintiff shall serve and file papers in response to the motion by **September 3, 2008.**

      The defendant shall serve and file any reply papers by **September 17, 2008.**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                      RICHARD J. SULLIVAN → John G. Koeltl
                                      UNITED STATES DISTRICT JUDGE
                                                                   8/18/08

Dated: New York, New York
       August 13, 2008