

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW M. CUOMO, ATTORNEY GENERAL OF
THE STATE OF NEW YORK,

            Plaintiff,

- against -

DREAMLAND AMUSEMENTS, INC., ET AL.,

            Defendants.

---

08 Civ. 7100 (JGK)

ORDER

---

DREAMLAND AMUSEMENTS, INC., ET Al.,

            Plaintiffs,

- against -

ANDREW M. CUOMO, ATTORNEY GENERAL OF
THE STATE OF NEW YORK,

            Defendant.

---

08 Civ. 6321 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

1. The defendants shall respond to the Order to Show Cause to Remand in 08 Civ. 7100 by **September 4, 2008**. The plaintiff shall reply by **September 5, 2008**. The plaintiff shall provide the Court with a courtesy set of the responsive and reply papers by the end of the day on **September 5, 2008**. The plaintiff should assure that the papers are delivered to Chambers at that time.

2. The Court will hear argument on all pending motions on **September 10, 2008 at 10:00 a.m.**

3. The parties should advise the Court by letter today, **September 2, 2008**, whether a reference to the Magistrate Judge for purposes of settlement would be useful and whether the parties consent to all

proceedings in both of these cases before the Magistrate Judge.

SO ORDERED.

Dated:   New York, New York
         September 2, 2008

_____
John G. Koeltl
United States District Judge